BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
600 B Street, Suite 1550
San Diego, CA  92101
Telephone:  (619) 338-1100
Facsimile:  (619) 338-1101
tblood@bholaw.com; lhurst@bholaw.com

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
ELAINE A. RYAN
PATRICIA N. SYVERSON
2901 N. Central Avenue, Suite 1000
Phoenix, AZ  85012
Telephone:  (602) 274-1100
Facsimile:  (602) 274-1199
afriedman@bffb.com; eryan@bffb.com; psyverson@bffb.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNDEE HARTLESS, on Behalf of Herself and All Others Similarly Situated and the General Public,<br><br>            Plaintiff,<br><br>   vs.<br><br>CLOROX COMPANY,<br><br>            Defendant. | No. 06-CV-02705-CAB<br><br>CLASS ACTION<br><br>PLAINTIFF'S APPLICATION FOR ATTORNEYS' FEES AND COSTS AND PLAINTIFF SERVICE AWARDS<br><br>Date: December 29, 2010<br>Time: 1:30 p.m. |

Plaintiff Shawndee Hartless ("Plaintiff") hereby applies for an order:

(1) Approving an award of attorneys' fees and costs in the amount of $2.25 million; and

(2) Approving a service award to Plaintiff Hartless in the amount of $4,000 and for Plaintiff Wachowski in the amount of $2,000.

This application is supported by the following concurrently filed documents: Plaintiff's Memorandum in Support of Plaintiff's Application for Attorneys' Fees and Costs and Plaintiff Service Awards and supporting Declarations of Plaintiff's Counsel.

DATED: November 22, 2010               Respectfully submitted,

                                       BONNETT, FAIRBOURN, FRIEDMAN
                                         & BALINT, P.C.
                                       ANDREW S. FRIEDMAN
                                       ELAINE A. RYAN
                                       PATRICIA N. SYVERSON


                                       By:  _/s/Patricia N. Syverson


                                       BLOOD HURST & O'REARDON LLP
                                       TIMOTHY G. BLOOD
                                       LESLIE E. HURST

                                       Attorneys for Plaintiff Hartless

CERTIFICATE OF SERVICE

I, Patricia N. Syverson, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on November 22, 2010.

 /Patricia N. Syverson
Patricia N. Syverson