UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNDEE HARTLESS, on Behalf of Herself, and All Others Similarly Situated, and the General Public,<br><br>Plaintiffs,<br><br>vs.<br><br>CLOROX COMPANY,<br><br>Defendant. | Civil No. 06 CV 2705 CAB<br><br>CLASS ACTION<br><br>DECLARATION OF LANCE P. BLAIR REGARDING NOTICE AND CLAIM ADMINISTRATION |

I, Lance P. Blair, hereby declare as follows:

1. I am a Director of Operations for The Garden City Group, Inc. ("GCG"). The following statements are based on my personal knowledge and information provided by other GCG employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

2. GCG was engaged by the parties to serve as the Claim Administrator to assist with various administrative tasks, including: disseminating the Class Notice Package (the "Notice Package"); publishing a Summary Notice; receiving and processing Claim Forms;

responding to Class Member inquiries; establishing and maintaining a Settlement website that allows for online claim submission; and performing such other duties as the Parties may mutually direct or as are specified in the Stipulation of Settlement (the "Stipulation"), preliminarily approved by this Court on August 13, 2010.

3. CAFA Notification. On May 28, 2010, GCG, with the assistance of Defense Counsel, mailed out notice of the settlement of this class action to the Attorney General of the United States, and the attorneys general of all 50 states, in compliance with the attorney general notification provision of the Class Action Fairness Act, 28 U.S.C. § 1715. The notice packet sent to all attorneys general included copies of the *Hartless* Complaint, the *Hartless* First Amended Class Action Complaint, and the Stipulation of Settlement and related exhibits, including the claim administration protocols, publication order, notice plan, settlement notice, and claims forms. The packet also included copies of the *Wachowski* Complaint and *Wachowski* First Amended Complaint.

4. Mailed Notice. On September 23, 2010, Defense Counsel provided GCG with a list of 9,793 persons identified by Clorox to be persons who contacted Clorox concerning CATBC during the Class Period (the "Mailing List"). GCG entered the Mailing List information into its proprietary database and prepared a data file for the initial mailing. Prior to mailing, GCG sent the Mailing List for updates through the National Change of Address database ("NCOA") maintained by the U.S. Postal Service. A total of 769 addresses were updated.

5. Pursuant to Paragraphs VI.B.2 of the Stipulation , on September 29, 2010, GCG mailed the Notice, Claim Form 1 and Claim Form 2, (collectively, the "Notice Package") to each of the persons on the Mailing List. A sample of the Notice Package is attached hereto as **Exhibit 1**. The mailing was made via first-class mail through the U.S. Postal Service with postage pre-paid.

6. As of November 14, 2010, GCG has received a total of 54 Notice Packages returned by the U.S. Postal Service as undeliverable with forwarding address information. GCG promptly remailed packets to each of them. As of November 14, 2010, GCG has received from

the U.S. Postal Service a total of 921 Notice Packages returned as undeliverable without forwarding address information. GCG conducts advance level address searches or skip-traces in an attempt to locate updated addresses for Notice Packages returned as undeliverable without forwarding address information. As of November 14, 2010, these searches have resulted in 570 updated addresses. GCG promptly re-mailed Notice Packages to the updated addresses.

7. Summary Class Notice Publication. As described in greater detail in the Declaration of Jeanne C. Finegan, a Summary Notice was published in the following nationwide publications: Parade Magazine, USA Weekend, American Profile, People, Newsweek, Parents, and People en Español; and banner ads were run on Weather.com, AOL, AOL E-mail, 24/7 Media, Univision, Yahoo and MSN Hotmail.

8. Toll-Free Telephone Number. GCG established and is maintaining a toll-free number dedicated to this project to accommodate telephone inquiries from Class Members. The system was operational on September 14, 2010 and is accessible 24 hours per day, 7 days per week. As of November 14, 2010, GCG has received a total of 1,733 calls.

9. Website. GCG also established and is maintaining a website dedicated to this project (www.catbcsettlement.com) to provide additional information to the Settlement Class Members and to answer frequently asked questions. Users of the website can download a Notice of Settlement, the Order for Preliminary Approval, the Stipulation of Settlement, and Claim Form 1 and Claim Form 2. Users can also submit claims online and upload supporting documentation. The web address was set forth in the published Summary Notice, the mailed Notice, and Claim Form 1 and Claim Form 2. The Settlement website was operational on September 14, 2010 and is accessible 24 hours per day, 7 days per week. As of November 14, 2010, the website has received over 113,181 visits.

10. Requests for Exclusion. The deadline for Class Members to request to be excluded from the class is a postmarked deadline of December 6, 2010. As of November 14, 2010, GCG has received nine (9) requests for exclusion.

11. Objections to the Settlement. The deadline for Class Members to object to the Settlement is December 6, 2010. Class Members were directed to mail objections to the Clerk

of the Court with copies to counsel for the parties. GCG is not currently aware of any objections to the Settlement.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed on this 22nd day of November 2010, at Seattle, Washington.

LANCE P. BLAIR

# EXHIBIT 1

# UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

# IF YOU PURCHASED OR USED CLOROX AUTOMATIC TOILET BOWL CLEANER YOU MAY BE ENTITLED TO A CASH PAYMENT

## THIS NOTICE AFFECTS YOUR RIGHTS.

*A Federal Court authorized this notice.*
*This is not a solicitation from a lawyer.*

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| SUBMIT A CLAIM FORM | The only way to get a cash payment. |
| EXCLUDE YOURSELF | Get out of the lawsuits and the settlement. Get no settlement benefits. |
| OBJECT | Write to the Court about why you don't like the settlement. |
| DO NOTHING | Get no cash payment. Give up your rights. |

Please read this entire Class Notice carefully.
Your rights and options – **and the deadlines to exercise them** – are explained in this notice.

## WHAT IS THIS LAWSUIT ABOUT?

Each package of Clorox Automatic Toilet Bowl Cleaner with Bleach ("CATBC" or "Drop-In Tablets") states that the toilet cleaner "does not harm plumbing." Plaintiff claims that this statement is deceptive. Plaintiff claims that the chemicals in the Drop-In Tablets corrode the toilet tank parts, in particular, causing the rubber and plastic parts to deteriorate until the flush mechanism fails or no longer seals properly. Plaintiff also claims that Clorox – based on its own tests – knew or should have known that the Drop-In Tablets would deteriorate the toilet tank parts, and yet sold the product by telling its customers that CATBC would not harm their plumbing.

Clorox denies all claims of wrongdoing and contends that CATBC is safe for plumbing when used as directed.

The parties have agreed to settle the lawsuits on the terms explained in this notice.

## WHO IS INCLUDED IN THE SETTLEMENT CLASS?

You are a member of the Class if you purchased, used or suffered any property damage from use of CATBC from December 13, 2002 to September 15, 2010.

The following persons are excluded from the settlement class: (a) all federal court judges who have presided over this Action and their immediate family; (b) all persons who have submitted a valid request for exclusion from the Class; (c) Defendant's employees, officers, directors, agents, and representatives and their family members; and (d) those who purchased CATBC for the purpose of re-sale.

## THE SETTLEMENT BENEFITS – WHAT YOU MAY GET

## CASH FROM THE CLAIM PROCESS

Clorox will create a fund of up to $8 million to pay Class Members' claims and certain administrative costs. You may obtain a cash payment from the fund if you purchased, used or have suffered property damage from the use of CATBC.

The amount of your payment will depend on the statements in your Claim Form and the support you may provide. Details are provided below.

## WHAT ELSE DOES THE SETTLEMENT PROVIDE?

As part of the settlement, Clorox will remove from its CATBC packaging its claim that CATBC "does not harm plumbing."

## HOW YOU GET A CASH PAYMENT – SUBMITTING A CLAIM FORM

### HOW CAN I GET A PAYMENT?

You must return a Claim Form to get a cash payment.

There are two Claim Forms included in this Notice Package: Claim Form 1 and Claim Form 2.

Return Claim Form 1 if you claim damages (such as purchase price refunds and flapper replacement cost) totaling $30 or less.

Return Claim Form 2 if you claim damages over $30.

The Claim Forms are also available at www.catbcsettlement.com or by calling 1-888-262-1556.

### HOW DO I SEND IN A CLAIM?

The Claim Forms are simple and easy to complete.

Claim Form 1 requires that you provide:

1. Your mailing address;
2. The amount that you claim for alleged property damage (which damages may be measured by the purchase price of CATBC) resulting from the purchase and/or use of CATBC incurred at any time between December 13, 2002 and September 15, 2010; and
3. Your signature under penalty of perjury, confirming that the information provided is true and correct.

Claim Form 2 requires an explanation of your damages and the amount claimed, information on plumbers or other professionals you paid, and repair bills and/or receipts and other supporting documents that you have available. The amount of information that you must provide on Claim Form 2 depends on the amount of your claim.

If you allege more than $30 and up to $175 in damage, you should submit Claim Form 2 and provide the following information:

1. Your mailing address;
2. The amount that you claim for alleged property damage (which damages may be measured by the purchase price of CATBC) resulting from the purchase and/or use of CATBC incurred at any time between December 13, 2002 and September 15, 2010;
3. The nature of the damage that you allege was caused by the purchase or use of CATBC (*e.g.*, the specific item(s) purchased, date(s) of purchase, store name(s) and location(s) of purchase, purchase price(s), and/or details of other repair costs, including labor costs);
4. Affirmation that the damage occurred during or after use of CATBC; and
5. Your signature under penalty of perjury, confirming that the information provided is true and correct.

If you allege more than $175 in damage, you should submit Claim Form 2 and provide the following information:

1. Your mailing address;
2. The amount that you claim for alleged property damage (which damages may be measured by the purchase price of CATBC) resulting from the purchase and/or use of CATBC incurred at any time between December 13, 2002 and the publication date of this Notice, September 15, 2010;
3. The nature of the damage you allege was caused by the purchase or use of CATBC (*e.g.*, the specific item(s) purchased, date(s) of purchase, store name(s) and location(s) of purchase, purchase price(s), and/or details of other repair costs, including labor costs);
4. Affirmation that the damage occurred during or after use of CATBC;
5. Either (a) documentation showing that the alleged damage actually occurred or (b) a signed statement by your plumber, contractor, or other third party, explaining that the damage was actually sustained and can be attributed to the use of CATBC; and
6. Your signature under penalty of perjury, confirming that the information provided is true and correct.

***Please return a Claim Form if you think that you have a claim. Returning a Claim Form is the only way to receive a cash payment from this settlement. No claimant may submit more than one Claim Form, and two or more claimants may not submit Claim Forms for the same alleged damage.***

The Claim Administrator may request additional information if the Claim Form is insufficient to process your claim. Failure to provide any requested documentation may result in the denial of your claim and may limit the type of remedy you receive.

### WHEN IS THE CLAIM FORM DUE?

If you mail or fax your Claim Form, it must be postmarked or faxed on or before January 28, 2011.

If you send your Claim Form by internet, it must be submitted on or before January 28, 2011.

### WHO DECIDES MY CLAIM?

The Claim Forms will be reviewed by an independent Claim Administrator according to criteria agreed to by the parties.

The Claim Administrator may contact you or other persons listed in your Claim Form if he or she needs additional information or otherwise wants to verify information in your Claim Form.

The Claim Administrator's determination is final. Neither you nor Clorox can appeal or contest the decision of the Claim Administrator.

### WHEN WOULD I GET MY PAYMENT?

The Court will hold a hearing on December 29, 2010 to decide whether to approve the settlement. If the Court approves the settlement, after that there may be appeals. It is always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year. If there are no appeals or other delays, you should be sent your cash payment in approximately July, 2011.

### WHAT IF THE FUND IS TOO SMALL? TOO LARGE?

If, after everyone sends in Claim Forms, the total of all approved claims and certain administration costs is less than $7 million, a payment of the unused portion of the fund will be made to a non-profit or civic entity, and will not be returned to Clorox. If the total amount of claims and certain administration costs is more than $8 million, the payments to Class Members will be reduced *pro rata*.

### WHAT HAPPENS IF I DO NOTHING AT ALL?

You ***must*** return a Claim Form to receive a cash payment. If you do nothing, you will get no money from the settlement. But, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Clorox about the legal issues in this case.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

### HOW DO I GET OUT OF THE SETTLEMENT?

If you do not wish to be included in the Class and receive settlement benefits, you must send a letter stating that you want to be excluded from this lawsuit. Be sure to include your name, address, telephone number, and your signature. You must mail your exclusion request post-marked no later than December 6, 2010 to:

CATBC Settlement
c/o The Garden City Group, Inc.
P.O. Box 9487
Dublin, OH 43017-4587

If you asked to be excluded, you will not get any settlement payment, and you cannot object to the settlement. You will not be legally bound by anything that happens in this lawsuit. You may be able to sue (or continue to sue) Clorox in the future.

If you have a pending lawsuit against Clorox, speak to your lawyer immediately. You may need to exclude yourself from this lawsuit in order to continue your own lawsuit. Remember, the exclusion date is December 6, 2010.

## THE LAWYERS REPRESENTING YOU

### DO I HAVE LAWYERS IN THIS CASE?

The Court appointed the law firms of Blood Hurst & O'Reardon, LLP and Bonnett, Fairbourn, Friedman & Balint, P.C. to represent you and other class members. These lawyers are called Class Counsel. If you want to be represented by your own lawyer, you may hire one at your own expense.

### HOW WILL THE LAWYERS BE PAID?

Class Counsel will ask the Court to award them, and the other law firms working on this case, attorneys' fees and expenses. Clorox agrees to pay attorney fees and expenses awarded by the Court up to $2,250,000. Clorox will pay the attorneys' fees and expenses in addition to and apart from the settlement fund.

The named plaintiffs will also ask the Court to award them between $4,000 and $2,000 for their time and effort acting as plaintiffs and for their willingness to bring this litigation and act on behalf of consumers. These amounts, if approved by the Court, will be paid from the Claim Fund.

Clorox will also pay the costs to administer the settlement, to review Claim Forms, and notify Class Members about this settlement. The first $750,000 of these costs will be paid from the Claim Fund. The additional administrative costs (estimated at $500,000) will be paid separately by Clorox.

## OBJECTING TO THE SETTLEMENT

### HOW DO I TELL THE COURT THAT I DO NOT LIKE THE SETTLEMENT?

If you are a Class Member, you can object to the settlement if you do not like any part of it and the Court will consider your views. To object, you must send a letter to the Court and the parties saying that you object to the settlement in *Hartless v. Clorox Company*, Case No. 06-CV-2705 CAB. Be sure to include your name, address, telephone number, your signature, and *a statement under penalty of perjury that you purchased or were damaged by the use of CATBC during the Class Period*, as well as the reasons you object to the settlement. This objection ***must be received*** at these three different places on or before December 6, 2010. Send your objection to:

| | | |
|---|---|---|
| Clerk of the Court<br>United States District Court<br>Southern District of California<br>880 Front Street, Suite 4290<br>San Diego, CA 92101-8900 | Leslie Hurst<br>BLOOD HURST & O'REARDON, LLP<br>600 B Street, Suite 1550<br>San Diego, CA 92101 | Sabrina Strong<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071-2899 |

### WHAT IS THE DIFFERENCE BETWEEN OBJECTING AND EXCLUDING?

Objecting is telling the Court that you do not like something about the settlement. You can object only if you stay in the Class. Excluding yourself is telling the Court that you do not want to be part of the Class or the lawsuit. You cannot request exclusion **and** object to the settlement. If you exclude yourself, you have no basis to object because the case no longer affects you.

## RELEASE OF CLASS MEMBERS' CLAIMS AND DISMISSAL OF LAWSUIT

### IN RETURN FOR THESE SETTLEMENT BENEFITS, WHAT AM I GIVING UP?

If the Court approves the proposed settlement and you do not request to be excluded from the Class, you must release (give up) all claims that are subject to the Release, and the case will be dismissed on the merits and with prejudice. **If you remain in the Class, you may not assert any of those claims in any other lawsuit or proceeding. This includes any other lawsuit or proceeding already in progress.**

The text of the Release is reprinted in full at Appendix A to this notice.

## THE FINAL APPROVAL HEARING

### WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?

On or about **November 22, 2010**, Class Counsel will submit their Motion for Final Approval and Request for Attorneys' Fees, which will be available at www.catbcsettlement.com or by calling 1-888-262-1556. The Judge will hold a Final Approval Hearing at 1:30 p.m. on December 29, 2010 at the United States District Court for the Southern District

of California, 880 Front Street, San Diego, CA 92101-8900, in Courtroom E. At this hearing, the Judge will consider whether the settlement is fair, reasonable and adequate. If there are objections, the Judge will consider them. The Judge will listen to people who have asked to speak at the hearing. After the hearing, the Judge will decide whether to approve the settlement. We do not know how long this decision will take.

### DO I HAVE TO COME TO THE HEARING?

No. Class Counsel will answer questions the Judge may have. But, you are welcome to come at your own expense. If you submit an objection, you do not have to come to the Court to talk about it. As long as you delivered your written objection on time, the Judge will consider it. You may also pay your own lawyer to attend, but it is not necessary.

### MAY I SPEAK AT THE HEARING?

You may ask the Court for permission to speak at the Final Approval Hearing. To do so, you must file with the Court a "Notice of Intention to Appear in *Hartless v. Clorox Company*, Case No. 06-CV-2705 CAB." Be sure to include your name, address, telephone number, your signature and *a statement under penalty of perjury that you are a member of the Class* (*i.e.*, that you purchased or were damaged by the use of CATBC during the class period). Your Notice of Intention to Appear must be post-marked on or before December 6, 2010, and be sent to the Clerk of the Court, Class Counsel, and Defense Counsel at the three addresses listed above.

## GETTING MORE INFORMATION

### ARE THERE MORE DETAILS ABOUT THE SETTLEMENT?

This notice summarizes the proposed settlement. More details are in the Stipulation of Settlement. You can get a copy of the Stipulation of Settlement by writing to CATBC Settlement, c/o The Garden City Group, Inc., P.O. Box 9487, Dublin, OH 43017-4587 or on the internet at www.catbcsettlement.com.

If you have questions about how to complete a Claim Form, you can call the Claim Administrator at 1-888-262-1556. You can also contact attorneys for the class at www.bholaw.com.

**PLEASE DO NOT CALL OR WRITE TO THE COURT FOR INFORMATION OR ADVICE.**

/s/ Cathy Ann Bencivengo

DATED: August 13, 2010

BY ORDER OF THE U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

## APPENDIX A - RELEASE

The Releasing Parties agree to release all claims against the Released Parties as set forth below:

A. As of the Effective Date, in consideration of the settlement obligations set forth herein, any and all claims, demands, rights, causes of action, suits, petitions, complaints, damages of any kind, liabilities, debts, punitive or statutory damages, penalties, losses and issues of any kind or nature whatsoever, asserted or unasserted, known or unknown (including, but not limited to, any and all claims relating to or alleging deceptive or unfair business practices, false or misleading advertising, intentional or negligent misrepresentation, negligence, concealment, omission, unfair competition, promise without intent to perform, unsuitability, unjust enrichment, and any and all claims or causes of action arising under or based upon any statute, act, ordinance, or regulation governing or applying to business practices generally, including, but not limited to, any and all claims relating to or alleging violation of Bus. & Prof. Code §§17200-17209 and §17500, the CLRA (Civil Code §§1750-1784), or any and all other federal, state, and /or local statutes analogous or similar to the California statutes cited herein), arising out of or related to the Clorox Lawsuits, that were asserted or reasonably could have been asserted in the Clorox Lawsuits by or on behalf of all Releasing Parties, whether individual, class, representative, legal, equitable, administrative, direct or indirect, or any other type or in any other capacity, against any Released Party ("Released Claims") shall be finally and irrevocably compromised, settled, released, and discharged with prejudice.

B. Each of the Releasing Parties hereby waives any and all rights and benefits arising out of the facts alleged in the Clorox Lawsuits by virtue of the provisions of Civil Code §1542, or any other provision in the law of the United States, or any state or territory of the United States, or principle of common law or equity that is similar, comparable or equivalent to Civil Code §1542, with respect to this release. The Releasing Parties are aware that Civil Code §1542 provides as follows:

> ***A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor.***

The Releasing Parties expressly acknowledge that they may hereafter discover facts in addition to or different from those which they now know or believe to be true with respect to the subject matter of the Released Claims, but the Releasing Parties, upon the Effective Date, shall be deemed to have, and by operation of law shall have, fully, finally and forever settled, released, and discharged any and all Released Claims, known or unknown, suspected or unsuspected, whether or not concealed or hidden, that now exist or heretofore have existed upon any theory of law or equity, including but not limited to, Released Claims based on conduct that is negligent, reckless, intentional, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts. The Parties agree that the Released Claims constitute a specific and not a general release.

C. The Releasing Parties shall be deemed to have agreed that the release set forth in ¶¶A. and B. above (the "Release") will be and may be raised as a complete defense to and will preclude any action or proceeding based on the Released Claims.

D. As of the Effective Date, by operation of entry of judgment, the Released Parties shall be deemed to have fully released and forever discharged Plaintiff, all other Class Members and Class Counsel from any and all claims of abuse of process, malicious prosecution, or any other claims arising out of the initiation, prosecution or resolution of the Clorox Lawsuits including, but not limited to, claims for attorneys' fees, costs of suit or sanctions of any kind, or any claims arising out of the allocation or distribution of any of the consideration distributed pursuant to this Stipulation of Settlement.

## DEFINED TERMS USED IN THE RELEASE

"Action" means the cases entitled *Hartless v. Clorox Company*, filed on December 13, 2006, in the U.S. District Court for the Southern District of California and assigned Case No. 06-CV-2705 CAB.

"Class" and/or "Class Members" means all persons or entities in the United States who purchased, used, or suffered any property damage from the use of Clorox Automatic Toilet Bowl Cleaner with Bleach ("CATBC") during the Class Period. Specifically excluded from the Class are: (a) all federal court judges who have presided over this Action and their immediate family; (b) all persons who have submitted a valid request for exclusion from the Class; (c) Defendant's employees, officers, directors, agents, and representatives and their family members; and (d) those who purchased CATBC for the purpose of re-sale.

"Class Counsel" means the attorneys of record for plaintiffs in the Clorox Lawsuits.

"Clorox Lawsuits" means the following cases:

- *Hartless v. The Clorox Co.*, No. 37-2009-93810-CU-BT-CTL (San Diego Superior Court);
- *Hartless v. Clorox Company*, Case No. 06-CV-2705 CAB (Southern District of California); and
- *Wachowski v. Clorox Company*, Case No. CV-09-138-CAB (Southern District of California).

"Effective Date" means the date by which the Final Settlement Order and Judgment has become final, as defined in the Stipulation of Settlement.

"Parties" means the Plaintiff and the Defendant.

"Released Parties" means Defendant and each of its parent, affiliated and subsidiary corporations and all of their agents, employees, partners, predecessors, successors, assigns, insurers, attorneys, officers and directors.

"Releasing Parties" means the named plaintiffs in the Clorox Lawsuits, individually and as representatives of the general public, and the Class Members.

"Stipulation of Settlement" and/or "Stipulation" means the Stipulation of Settlement, including its attached exhibits, duly executed by plaintiffs of record in the Clorox Lawsuits, Class Counsel, Defendant and Defendant's Counsel.

**MUST BE FAXED, SUBMITTED ONLINE OR POSTMARKED ON OR BEFORE JANUARY 28, 2011**

**CATBC Settlement**
**c/o The Garden City Group, Inc.**
**P.O. Box 9487**
**Dublin, OH 43017-4587**

CLX

Claim No:

Control No:

**REQUIRED ADDRESS INFORMATION OR CORRECTIONS**
If the pre-printed address to the left is incorrect or out of date, **OR** if there is no pre-printed data to the left, **YOU MUST** provide your current name and address here:

| | |
|---|---|
| **Name:** | |
| **Address:** | |
| | |
| **City/State/Zip:** | |

## Clorox Automatic Toilet Bowl Cleaner with Bleach
## CLAIM FORM 1

**You can also submit online at www.catbcsettlement.com.**

Use this Claim Form 1 if you claim refunds of purchase price and/or property damage totaling $30 or less. If you want to claim refunds of purchase price and/or property damage over $30, you must use Claim Form 2 available at www.catbcsettlement.com or 1-888-262-1556. This Claim Form is only for damage allegedly caused by Clorox Automatic Toilet Bowl Cleaner with Bleach. If you allege damage caused by any other Clorox product, or any other toilet bowl cleaner manufactured by another company (e.g., 2000 Flushes, Vanish Drop-ins Bleach Tablets, or Ty-D-Bol Cleaner), do not fill out this form. You may submit only one Claim Form, and two people cannot submit Claim Forms for the same alleged damage. **All Claim Forms must be postmarked, faxed, or submitted online on or before January 28, 2011.** If mailing or faxing, please return this form to:

CATBC Settlement
c/o The Garden City Group, Inc.
P.O. Box 9487
Dublin, OH 43017-4587
FAX 1-614-553-1552

## CLASS MEMBER INFORMATION

NAME: ________________________ TELEPHONE OR EMAIL: ____________________

ADDRESS: ______________________________________________

CITY: ______________________ STATE: ______________ ZIP CODE: __________

AMOUNT CLAIMED FOR ALLEGED PROPERTY DAMAGE (INCLUDING THE PURCHASE PRICE OF CATBC) RESULTING FROM THE PURCHASE AND/OR USE OF CATBC IN THE UNITED STATES INCURRED AT ANY TIME BETWEEN DECEMBER 13, 2002 AND SEPTEMBER 15, 2010: **$**__________________

## AFFIRMATION

I UNDERSTAND THAT THE DECISION OF THE CLAIM ADMINISTRATOR IS FINAL AND BINDING ON ME AND ON CLOROX. I SWEAR UNDER PENALTY OF PERJURY THAT THE INFORMATION ON THIS CLAIM FORM IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SIGNATURE: ______________________________________ DATE: ________________

**CLAIM FORMS MUST BE RETURNED BY JANUARY 28, 2011.**
**QUESTIONS? VISIT WWW.CATBCSETTLEMENT.COM OR CALL 1-888-262-1556.**

**MUST BE FAXED, SUBMITTED ONLINE OR POSTMARKED ON OR BEFORE JANUARY 28, 2011**

**CATBC Settlement**
**c/o The Garden City Group, Inc.**
**P.O. Box 9487**
**Dublin, OH 43017-4587**

CLX

Claim No:

Control No:

**REQUIRED ADDRESS INFORMATION OR CORRECTIONS**

If the pre-printed address to the left is incorrect or out of date, **OR** if there is no pre-printed data to the left, **YOU MUST** provide your current name and address here:

| | |
|---|---|
| **Name:** | |
| **Address:** | |
| | |
| **City/State/Zip:** | |

## Clorox Automatic Toilet Bowl Cleaner with Bleach ("CATBC")
## CLAIM FORM 2

**You can also submit online at: www.catbcsettlement.com.**

Use this Claim Form 2 if you claim refunds of purchase price and/or property damage **totaling over $30**. If you want to claim refunds of purchase price and property damage **under** $30, you should use the Claim Form 1. This Claim Form is only for damage allegedly caused by Clorox Automatic Toilet Bowl Cleaner with Bleach. If you allege damage caused by other Clorox products, or any other toilet bowl cleaner manufactured by another company (*e.g.*, 2000 Flushes, Vanish Drop-ins Bleach Tablets, or Ty-D-Bol Cleaner), do not fill out this form. You may submit only one Claim Form, and two people cannot submit Claim Forms for the same alleged damage. **All Claim Forms must be postmarked, faxed or submitted online on or before January 28, 2011.**

If mailing or faxing, please return this form to:

CATBC Settlement
c/o The Garden City Group, Inc.
P.O. Box 9487
Dublin, OH 43017-4587
FAX 1-614-553-1552

## CLASS MEMBER INFORMATION

NAME: ______________________ TELEPHONE OR EMAIL: ______________________

ADDRESS: ______________________________________________

CITY: ____________________ STATE: ________________ ZIP CODE: __________

**CLAIM FORMS MUST BE RETURNED BY JANUARY 28, 2011.**
**QUESTIONS? VISIT WWW.CATBCSETTLEMENT.COM OR CALL 1-888-262-1556**

## CLAIM INFORMATION

PLEASE PROVIDE THE REQUESTED INFORMATION, TO THE EXTENT IT IS KNOWN AND AVAILABLE TO YOU, IN THE SPACE PROVIDED BELOW. IF YOU NEED ADDITIONAL SPACE, YOU MAY ATTACH ADDITIONAL PAGES.

1. **IDENTIFY THE TYPE AND AMOUNT OF ALLEGED PROPERTY DAMAGE (INCLUDING THE PURCHASE PRICE OF CATBC) RESULTING FROM THE PURCHASE AND/OR USE OF CATBC IN THE UNITED STATES, INCURRED AT ANY TIME BETWEEN DECEMBER 13, 2002 AND SEPTEMBER 15, 2010:**

   PURCHASE(S) OF CATBC: $__________

   REPLACEMENT OF FLAPPER, FLUSH VALVE OR OTHER TOILET TANK PART: $__________

   PLUMBER WORK/SERVICE: $__________

   OTHER: $_________________________________________________ (EXPLAIN)

2. **IF YOUR PURCHASES OF CATBC TOTAL MORE THAN $30, PROVIDE INFORMATION FOR EACH PURCHASE. PLEASE ATTACH COPIES OF YOUR RECEIPTS, IF AVAILABLE:**

| APPROXIMATE DATE OF PURCHASE | APPROXIMATE PURCHASE PRICE | STORE NAME AND LOCATION (CITY/STATE) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

3. **IF YOU REPLACED ANY TOILET TANK PART OR OTHER PROPERTY ALLEGEDLY DAMAGED BY CATBC, ATTACH A COPY OF THE TOILET PART OR OTHER PROPERTY PURCHASE RECEIPT(S) AND FILL OUT THE CHART BELOW. IF YOU DON'T HAVE A RECEIPT, TO THE EXTENT KNOWN TO YOU, PROVIDE THE PURCHASE INFORMATION IN THE CHART BELOW:**

| APPROXIMATE DATE OF PURCHASE | ITEM PURCHASED | STORE NAME AND LOCATION (CITY/STATE) | APPROXIMATE PURCHASE PRICE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

4. **IF YOU PAID A PLUMBER OR OTHER PROFESSIONAL TO REPLACE YOUR FLAPPER OR OTHER TOILET TANK PARTS, OR TO REPAIR ANY OTHER PROPERTY DAMAGE THAT YOU THINK WAS CAUSED BY USING CATBC, FILL OUT THE CHART BELOW. PLEASE ATTACH A COPY OF YOUR REPAIR BILL(S) OR OTHER EVIDENCE OF PAYMENT. IF YOU DO NOT HAVE A REPAIR BILL OR OTHER EVIDENCE, PLEASE PROVIDE THE FOLLOWING INFORMATION TO THE EXTENT AVAILABLE:**

| APPROXIMATE DATE OF REPAIR | PROPERTY REPAIRED | NAME OF PLUMBER OR REPAIR PERSON, COMPANY NAME, ADDRESS AND TELEPHONE | APPROXIMATE AMOUNT PAID |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

5. **DID ANY OTHER PERSON WITNESS YOUR DAMAGED PROPERTY OR THE REPAIR? IF SO, PLEASE PROVIDE FOR EACH OBSERVER:**

| WITNESS NAME | RELATIONSHIP | TELEPHONE AND EMAIL ADDRESS (IF AVAILABLE) | ADDRESS (IF AVAILABLE) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**CLAIM FORMS MUST BE RETURNED BY JANUARY 28, 2011.**
**QUESTIONS? VISIT WWW.CATBCSETTLEMENT.COM OR CALL 1-888-262-1556**

**IF YOU ARE CLAIMING OVER $175 AND DO NOT HAVE RECEIPTS, REPAIR BILLS, CANCELLED CHECKS OR OTHER DOCUMENTS EVIDENCING THE DAMAGE, YOU CAN SUPPORT YOUR CLAIM WITH A SIGNED STATEMENT FROM YOUR PLUMBER, REPAIR PERSON, OR OTHER PERSON WHO WITNESSED THE DAMAGE OR REPAIR. THE STATEMENT SHOULD EXPLAIN THAT THE DAMAGE ACTUALLY OCCURRED AND CAN BE ATTRIBUTED TO THE USE OF CATBC. PLEASE ATTACH THE SIGNED STATEMENT WITH CONTACT INFORMATION TO YOUR CLAIM FORM.**

**THE CLAIM ADMINISTRATOR MAY CONTACT YOU OR ANY PERSONS LISTED ABOVE TO VERIFY YOUR CLAIM.**

**AFFIRMATION**

I UNDERSTAND THAT THE DECISION OF THE CLAIM ADMINISTRATOR IS FINAL AND BINDING ON ME AND ON CLOROX.

I AFFIRM THAT THE DAMAGE FOR WHICH I SEEK COMPENSATION (AS IDENTIFIED IN RESPONSE TO QUESTIONS 3, 4 AND/OR 5) OCCURRED EITHER DURING OR AFTER THE USE OF CATBC.

I SWEAR UNDER PENALTY OF PERJURY THAT THE INFORMATION ON THIS CLAIM FORM IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SIGNATURE: ______________________________ DATE: ____________________

**CLAIM FORMS MUST BE POSTMARKED, FAXED OR SUBMITTED ONLINE ON OR BEFORE JANUARY 28, 2011.**