INGRID M. EVANS (CA Bar No. 179094)
(ievens@waterskraus.com)
WATERS KRAUS & PAUL
711 Van Ness, Suite 220
San Francisco, CA 94102
Phone: (415) 296-6060
Fax: (214) 777-0470

PHILLIP A. BOCK
(phil@bockhatchllc.com)
RICHARD J, DOHERTY
(rich@bockhatchllc.com)
BOCK HATCH, LLC
134 N. LaSalle, Suite 1000
Chicago, IL 60602
Phone: (312) 658-5500
Fax: (312) 658-5555

MARC W. PARKER
(marcp@lakinchapman.com)
PAUL A. MARKS
(paulm@lakinchapman.com)
LAKINCHAPMAN, LLC
300 Evans Avenue, P.O. Box 229
Wood River, IL 62095
Phone: (618) 254-1127
Fax: (618) 254-0193

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNDEE HARTLESS, on Behalf of Herself and All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>CLOROX COMPANY,<br><br>Defendant. | No. 06-CV-2705-CAB<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF RICHARD J. DOHERTY IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS AND APPLICATION FOR ATTORNEYS' FEES AND COSTS AND PLAINTIFF SERVICE AWARDS** |

I, RICHARD J. DOHERTY, declare as follows:

1. I am a partner in the law firm of Bock & Hatch, LLC. I am one of the attorneys representing plaintiff Peter C. Wachowski and Class members in the above captioned litigation. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and reimbursement in connection with services rendered in the above-entitled action.

2. Attached as Exhibit A is my firm's resume.

3. From the inception of this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4. My firm assisted in the prosecution of this action by: researching claims; drafting pleadings; analyzing class certification issues; analyzing and reviewing discovery issues; researching, retaining and conferring with expert witnesses; participating in conference calls; participating in Court hearings; conducting legal research; participating in settlement conferences including formal mediation, and; conducting Rule 26 communications.

5. The total number of hours spent on this litigation by my firm is 399.20. The total lodestar amount for attorney/professional time based on the firm's rates is $159,582.50. The hourly rates shown below are the usual and customary rates charged for each individual in all of our class action cases. A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| RICHARD J. DOHERTY | 237.9 | 450 | $107,055.50 |
| PHILLIP A. BOCK | 43.1 | 450 | $19,395.00 |
| JAMES M. SMITH | 46.4 | 350 | $16,240.00 |
| LISA VANDERCRUYSSEN | 52.5 | 285 | $14,962.50 |
| PARALEGAL | 19.3 | 100 | $1,930.00 |

6. My firm incurred a total of $8,444.50 in expenses in connection with the prosecution of this litigation. They are as follows:

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| POSTAGE | $6.72 |
| COURT FEES | $980.00 |
| TRAVEL | $2,080.09 |
| EXPERT FEES | $3,500 |
| ELECTRONIC RESEARCH | $1,698.19 |
| PRINTING/PHOTOCOPYING/SCANNING | $179.50 |

7. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

8. Class representative Peter Wachowski fully participated in the prosecution of this action. He met repeatedly with counsel, supervised counsel's efforts on behalf of the class, participated in discovery and efforts leading to settlement, and approved the amount and type of settlement proposed for the class. He never displayed any interests adverse to the class and a service award for his efforts is appropriate here.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of November, 2010, at 10:21 a.m.

DATED: November 19, 2010

Respectfully submitted,

RICHARD J. DOHERTY

# EXHIBIT A

# BOCK & HATCH, LLC

## FIRM RESUME AND INDIVIDUAL ATTORNEY BIOGRAPHIES

# BOCK & HATCH, LLC

The firm's lawyers work exclusively on class actions pending throughout Illinois and in several other states. We currently represent classes certified over the defendants' objections, settlement classes in ongoing third-party litigation, and clients in putative class actions working their way toward class certification.

## CONTESTED CLASSES:

Courts have appointed the firm's lawyers as class counsel in many contested class certifications, including:

*Amato v. Professional National Title Network*, No. 01 CH 12616 (Circuit Court of Cook County, IL).

*Austria v. Option One*, 01 CH 12615 (Circuit Court of Cook County, IL).

*BNS, Limited v. Redondo Famil Chiropractic, Inc.*, No. 09-2-19352-5 SEA, June 9, 2010 (Superior Court of the State of Washington, County of King). (TCPA litigation).

*Bouschard v. Cingular Wireless, Inc.*, No. 01 MR 718 (Circuit Court of Lake County, IL).

*CE Design v. Cy's Crab House North, Inc., et al.*, 259 F.R.D. 135 (N.D. Ill., Kennelly, J.) *app. denied* (Sept. 9, 2009). (TCPA litigation).

*CE Design v. Letrix USA, Inc.*, 06 CH 26834, Aug. 30, 2010 (Circuit Court of Cook County, IL). (TCPA litigation).

*CE Design v. Matrix LS, Inc.*, No. 05 L 269 (Circuit Court of Lake County, IL). (TCPA litigation).

*CE Design v. The Tradeshow Network Marketing Group*, 03 CH K 964 (Circuit Court of Kane County, IL). (TCPA litigation).

*Defrates v. Hollywood Video Entertainment Corporation*, No. 02 L 707 (Circuit Court of St. Clair County, IL).

*Duenas v. Trend Technologies, et al.*, 03 C 801 & 04 C 212 (N.D. Ill., Kennelly, J.).

*G.M. Sign, Inc. v. 400 Freight Services, Inc.*, No. 07 CH 2772 (Circuit Court of Lake County, IL). (TCPA litigation).

*G.M. Sign, Inc. v. BackHauLine, Inc.*, No. 07 CH 758 (Circuit Court of Lake County, IL). (TCPA litigation).

*G.M. Sign, Inc. v. Finish Thompson, Inc.*, No. 07 CV 5953, 2009 WL 2581324 (N.D. Ill. Aug. 20, 2009) (Kendall, J.). (TCPA litigation).

*G.M. Sign, Inc. v. Franklin Bank, S.S.B.*, 06 C 949 (N.D.Ill., Kocoras, J.). (TCPA litigation).

*G.M. Sign, Inc. v. Group C. Communications, Inc.*, 08 CV 4521, 2010 WL 744262, (N.D. Ill., Feb. 25, 2010, Darrah, J.). (TCPA litigation).

*Green v. Service Master On Location Services Corp.*, No. 07 C 4705, 2009 WL 1810769 (N.D. Ill. June 22, 2009)(Hibbler, J.). (TCPA litigation).

*Hall v. Sprint*, 04 L 113 (Circuit Court of Madison County, IL), affirmed, 376 Ill. App. 3d 822, 876 N.E.2d 1036 (5th Dist. 2007), petition for leave to appeal denied, 226 Ill. 2d 614 (Ill. 2008).

*Heger v. Attorneys Title Guaranty Fund, Inc*, No. 03 L 398 (Circuit Court of Lake County, IL).

*Hinman v. M&M Rentals*, 545 F. Supp. 2d 802 (N.D. Ill., Bucklo, J.), petition for leave to appeal denied, June 17, 2008. (TCPA litigation).

*Hunter v. Ramada Franchise Systems, Inc.*, No. 01 CH 5751 (Circuit Court of Cook County, IL).

*Holtzman v. Turza*, No. 08 C 2014, 2009 WL 3334909 (N.D. Ill. Oct. 14, 2009)(Gettleman, J.) (certifying class); 2010 WL 3076258 (Aug. 3, 2010)(granting summary judgment on behalf of class). (TCPA litigation).

*Maulding v. Hilton Hotels Corporation*, No. 02-L-0645 (Circuit Court of St. Clair County, IL).

*P.J.'s Concrete Pumping Service v. Nextel Wireless*, No. 01 MR 860 (Circuit Court of Lake County, IL), *aff'd*, 345 Ill. App. 3d 992, 803 N.E.2d 102 (2d Dist. 2004), petition for leave to appeal denied, 209 Ill. 2d 584, certiorari denied.

*Targin Sign Systems, Inc. v. Preferred Chiropractic Center, Ltd.*, 679 F.Supp.2d 894 (N.D. Ill., Shadur, J.). (TCPA litigation).

*Telecommunications Network Design, Inc. v. McLeod USA, Inc.*, 03 CH 8477 (Circuit Court of Cook County, IL). (TCPA litigation).

*Welles v. Sprint Corporation*, No. 01 CH 1387 (Circuit Court of Cook County, IL).

*Wratchford v. CBSK Financial,* 02 L 1555 (Circuit Court of Madison County, IL).

*Wratchford v. Accredited Home Lenders*, 02 L 1556 (Circuit Court of Madison County, IL).

**SETTLEMENT CLASSES:**

We have represented classes in dozens of class-wide settlements.

**OTHER PENDING CLASS ACTIONS:**

We are currently litigating dozens of putative class actions in state and federal courts.

# PHILLIP A. BOCK

## PROFESSIONAL EMPLOYMENT

**Bock & Hatch, LLC (f/k/a Diab & Bock, LLC)**

Managing Attorney, July 22, 2005 to Present

**Diab & Bock (f/k/a Macey Chern & Diab)**

Partner, 2001 to 2005

**Freed & Weiss LLC**

Attorney, 1999-2001

**Stein Ray & Conway**

Associate, 1998-1999

**Lovells**

Associate, 1996-1998

**Lord, Bissell & Brook**

Associate, 1994-1996

**Northwestern University School of Law Legal Clinic**

Fellow, Public Interest Law Initiative, Summer 1994

**Circuit Court of Lake County**

Clerk, Staff Attorney's Office, Summer 1992

## EDUCATION

**University of Virginia School of Law**

Degree: J.D., 1994

Honors: Editorial Board of the Virginia Tax Review; Research Clerk for Professor Jeffrey O'Connell; Co-author of "Blending Reform of Tort Liability and Health Insurance: A Necessary Mix. Part II: The Data," 79 CORNELL L. REV. 1315; Moot Court.

**University of Illinois at Urbana-Champaign**

Degree: M.A., 1991 (Political Science)

Honors/Activities: University Fellowship Recipient; Research Assistant for the Merriam Laboratory for Analytic Political Research; Instructor of Urban/Metropolitan Government; Student Representative on the Faculty Senate; Member of the Faculty Senate Student Disciplinary Committee.

**Augustana College**

Degree: B.A. (Business Administration/Political Science)

Honors/Activities: Phi Beta Kappa; Dean's List; Political Science Book Award; President of the Pre-Law Club; Co-Chair of the Student Judiciary Committee; Student Representative on the Admissions and Financial Aid Committee; Teaching Assistant for Professors Harold Bell and David Dehnel.

## ADMISSIONS

Illinois, Nov. 10, 1994

United States District Court for the Northern District of Illinois, Dec. 20, 1994

United States District Court for the Southern District of Illinois, 2002

United States Court of Appeals for the Seventh Judicial Circuit, 2003

United States Court of Appeals for the Third Judicial Circuit, 2007

## CURRENT PROFESSIONAL ORGANIZATIONS

Lake County Bar Association

Chicago Bar Association

## APPELLATE EXPERIENCE IN CLASS ACTIONS

Mr. Bock has argued appeals before the Supreme Court of Illinois, the Illinois Court of Appeals for the First District, the Illinois Court of Appeals for the Second District, the Illinois Court of Appeals for the Fifth District, the U.S. Court of Appeals for the Seventh Circuit, and the U.S. Court of Appeals for the Third Circuit.

**PRIOR CLASS ACTION EXPERIENCE REPRESENTING PLAINTIFFS INCLUDES:**

*Blackwell v. Ashland, Inc.*, No. 99-CI-00129 (Circuit Court of Greenup County, Kentucky) (nationwide class certified)

*Bowland v. Prolong Super Lubricants, Inc.*, No. 00-60119-4 (District Court of Nueces County, Texas)

*Caldwell v. Greater Illinois Title Company*, No. 01 CH 11452 (Circuit Court of Cook County) (Illinois class certified and settled)

*Caliper v. Masco Corporation d/b/a Behr Process Corporation*, No. 01 L 232 (Circuit Court of St. Clair County, Illinois)

*Carter v. Unilever*, No. 00 L 41 (Circuit Court of Saline County, Illinois)

*Chin v. Chicago Title*, No. 01 CH 9890 (Circuit Court of Cook County) (statewide class certified and settled)

*Cohen, et al. v. Blockbuster Entertainment, Inc.*, No. 99 CH 02561 (Circuit Court of Cook County) (Biebel, J.) (nationwide class certified)

*Cook v. Dairyland Ins. Co., et al.*, No. 00-L-1 (Circuit Court of Saline County, Illinois)

*Defrates v. Hollywood Video Entertainment Corporation*, No. 02 L 707 (Circuit Court of St. Clair County)

*Edwards v. Mid-Century Ins. Co.*, No. 01 L 151 (Circuit Court of Madison County, Illinois)

*Ellis v. Allstate Ins. Co.*, et al., No. 00 L 493 (Circuit Court of Madison County, Illinois)

*Garza v. Dura Lube Corporation*, et al., No. DC-99-201 (District Court of Starr County, Texas)

*Hall v. Chase Manhattan Auto. Finance Corporation*, No. 99 CH 360 (Circuit Court of Cook County) (Jaffe, J.)

*In Re: Chrysler Corporation n/k/a DaimlerChrysler Corporation Paint Litigation*, MDL No. 1239 (E.D. Pa.)

*Lewis v. Mid-Century Ins. Co.*, No. 99 L 865 (Circuit Court of Madison County, Illinois)

*Littleton v. Shelter Ins. Co.*, No. 99 L 864 (Circuit Court of Madison County, Illinois)

*Miller, et al. v. General Motors Corporation*, No. 98 C 7386 (N.D. Ill.)

*Moore v. Shelter Ins. Co., et al.*, No. 01 L 160 (Circuit Court of Madison County, Illinois)

*Ibrahim v. Old Kent Bank*, No. 99 C 999 (N.D. Ill.) (certified class)

*Phillips v. Bank of America*, No. 01 L 224 (Circuit Court of Madison County, Illinois)

*P.J.'s Concrete Pumping Service v. Nextel Wireless*, No. 01 MR 860 (Circuit Court of Lake County, Illinois), *aff'd* 345 Ill. App. 3d 992 (2d Dist. 2004).

*Ragan, et al. v. Travelers Property Casualty Co., et al.*, No. 00 L 224 (Circuit Court of Madison County, Illinois)

*Schmidt v. Nissan Motor Acceptance Corp.*, No. 99 C 7180 (N.D. Ill.)

*Seymour v. Motorola, Inc.*, No. 00 CH 8860 (Circuit Court of Cook County) (Hall, J.) (nationwide class was certified)

*Siler, et al. v. State Farm Mutual Ins. Co., et al.*, No. 99 L 863 (Circuit Court of Madison County, Illinois)

*Sternfield v. Firstar Home Mortgage Corporation*, No. 99 CH 8849 (Circuit Court of Cook County) (Kinnaird, J.)

*Strasen v. Allstate Ins. Co.*, No. 99 L 1040 (Circuit Court of Madison County, Illinois)

*Triad Industries, Inc. v. United Parcel Service, Inc., et al.*, No. 00 L 600 (Circuit Court of Madison County, Illinois) (nationwide class certified and settled)

**PRIOR CLASS ACTION EXPERIENCE REPRESENTING DEFENDANTS INCLUDES:**

*Bruyer v. Ford Motor Credit Company*, No. 97-549 (D. Minn.)

*Carter v. Associates Financial Services Company, Inc.*, No. 96-04652-1 (District Court of Dallas County, 162d Judicial District, Texas)

*Cheng v. Ford Motor Credit Company*, No. 97 C 1711 (N.D. Ill.)

*DeLeon v. Beneficial Construction Company*, No. 97 C 0040 (N.D. Ill.)

*Dixon v. Associates Financial Services Company of Florida, Inc.*, No. 96-16-CIV-FTM-24D (M.D. Fla.)

*Grimaldi v. Patrick Webb, Jr.*, No. 97 CH 933 (Circuit Court of Cook County)

*In re Ford Motor Credit Company Motor Vehicle Lease Litigation*, No. MDL 1160 (S.D.N.Y.)

*Knight v. Ford Motor Co.*, No. 334772 (Court of Common Pleas, Cuyahoga County, Ohio)

*Patton v. J.B. Robinson Jewelers, Inc.*, No. 97 C 4151 (N.D. Ill.)

*Paul's Pest Control, Inc. v. Ford Motor Credit Co.*, No. 2:97-601 (E.D. La.)

*Rosen v. Primus Automotive Financial Services, Inc.*, No. CT 98-002733 (District Court for the 4th Judicial District, Hennepin County, Minnesota)

*Sartory v. Ford Motor Credit Co.*, No. 96 8609 (S.D. Fla.)

*Stewart v. Associates Consumer Discount Company*, No. 97-CV-4678 (E.D. Pa.)

*Taylor v. Quality Hyundai, Inc.*, 150 F.3d 689 (7th Cir. 1998)

*Taylor v. Bob O'Connor Ford, Inc., et al.*, No. 97 C 0720 (U.S. Dist. Ct. for N.D. Ill.)

*Werbowsky v. Ford Motor Credit Company*, No. 95 Civ. 1876 (S.D.N.Y.)

*Wheeler v. TranSouth Financial Corporation*, No. 5:97-CV754.BR(3) (E.D.N.C.)

# ROBERT M. HATCH

## PROFESSIONAL EMPLOYMENT

**Bock & Hatch, LLC (f/k/a Diab & Bock, LLC)**

Attorney: July 22, 2005 to Present

**Diab & Bock (f/k/a Macey Chern & Diab)**

Of Counsel: 2001 to July 22, 2005

**Lovells**

Partner: 1998 to 2001

Associate: 1995 to 1998

**Sidley & Austin**

Associate: 1990 to 1995

## EDUCATION

**Wayne State University**

Degree: J.D., 1990

Honors: Cum Laude, Order of the Coif

**University of Michigan**

Degree: B.A., 1986

## ADMISSIONS

Illinois, 1990

United States District Court for the Northern District of Illinois, 1990

Michigan, 1992

United States Court of Appeals for the Seventh Circuit, 1996

United States District Court for the District of Arizona, 1997

Hawaii, 2002

**PROFESSIONAL ORGANIZATIONS**

**Chicago Bar Association**

Member: 1991 to Present

Chair: Consumer Credit Committee 1999

**Asian American Bar Association for the Greater Chicago Area**

Member: 1991 to Present

Chair: Legislative and Judicial Developments Committee 1992-94

Awards: Member of the Year Award 1993

**PUBLISHED ARTICLES**

"RICO Theories, Cases and Strategies In Consumer Litigation: Strategies for Defending Section 1962 Claims," 53 Consumer Finance Law Quarterly Report 140 (1999)

"*Taylor v. Quality Hyundai, Inc.*: Assignee Liability Under Section 1641(a) of the Truth in Lending Act," 52 Consumer Finance Law Quarterly Report 354 (1998)

**PRIOR CONSUMER CLASS ACTION EXPERIENCE**

*Ashley v. Associates Corporation of North America*, No. 1:97-CV-1451 (N.D. Ga.)

*Associates Financial Services Corporation v. Rutter*, No. 98 CV 242 (Court of Common Pleas, Fairfield County, Ohio)

*Associates Financial Services Corporation v. Hull*, No. 98 CVE-01-442 (Court of Common Pleas, Franklin County, Ohio)

*Barboza v. Ford Consumer Finance Company*, No. 94-12352-GAO (D. Mass.)

*Bornhorst v. Primus Automotive Financial Services, Inc.*, No. 1:96 CV 1421 (N.D. Ohio)

*Boyd v. Associates Finance, Inc.*, No. 99 CH 16604 (Circuit Court of Cook County)

*Bruyer v. Ford Motor Credit Company*, No. 97-549 (D. Minn.)

*Caldwell v. Greater Illinois Title Company*, No. 01 CH 11452 (Circuit Court of Cook County) (Illinois class certified and settled)

*Carter v. Associates Financial Services Company, Inc.*, No. 96-04652-1 (District Court of Dallas County, 162d Judicial District, Texas)

*Cheng v. Ford Motor Credit Company*, No. 97 C 1711 (N.D. Ill.)

*Chin v. Chicago Title*, No. 01 CH 9890 (Circuit Court of Cook County) (statewide class certified and settled)

*Christakos v. Intercounty Title Company*, No. 99 C 8334 (N.D. Ill.)

*Coleman v. Associates National Bank*, No. 97 C 5959 (N.D. Ill.)

*Crawford v. Associates Corporation of North America*, No. 97-14346 (22d Judicial District Court, Parish of St. Tamany, Louisiana)

*DeLeon v. Beneficial Construction Company*, No. 97 C 0040 (N.D. Ill.)

*Denton v. Associates Finance, Inc.*, No. 96 CH 10494 (Circuit Court of Cook County)

*Dixon v. Associates Financial Services Company of Florida, Inc.*, No. 96-16-CIV-FTM-24D (M.D. Fla.)

*Djordjevic v. Jacobs Twin Buick, Inc.*, No. 97 CH 10883 (Circuit Court of Cook County)

*Drehobl v. Guaranty Home Equity Corporation*, No. 00 C 4181 (N.D. Ill.)

*Fallon v. Ford Motor Credit Company*, No. 95 L 933 (Circuit Court for the 18th Judicial Circuit, DuPage County, Illinois)

*Fillinger v. Ford Motor Credit Company*, No. 96 C 2357 (N.D. Ill.)

*Fitez v. Fairfield Ford, Inc.*, No. 95 L 756 (Circuit Court for the 18th Judicial Circuit, DuPage County, Illinois)

*Gonzales v. Associates Financial Corp.*, (District Court, Sedgwick County Kansas)

*Goodwin v. Ford Motor Credit Company*, 97 T 3155 (M.D. Ala.)

*Gray v. SunStar Acceptance Corporation*, No. 96 C 186 (N.D. Ill.)

*Grimaldi v. Patrick Webb, Jr.*, No. 97 CH 933 (Circuit Court of Cook County)

*Groth v. TranSouth Financial Corp.*, No. 95 C 5429 (N.D. Ill.)

*Hostettler v. Ford Motor Credit Company*, No. IP96-08979-C-B/S (S.D. Ind.)

*In re Ford Motor Credit Company Motor Vehicle Lease Litigation*, No. MDL 1160 (S.D.N.Y.)

*J. Cotey, Inc. v. Ford Motor Credit Company*, No. 96 CH 4887 (Circuit Court of Cook County)

*Knight v. Ford Motor Credit Company*, No. 334772 (Court of Common Pleas, Cuyahoga County, Ohio)

*Locke v. Associates First Capital Corporation*, No. 99-542-PER (S.D. Ill.)

*Martin v. Heinold Commodities, Inc.*, 163 Ill.2d 33 (1994)

*Morrow v. Associates Financial Services Corporation (Ohio)*, No. C-3-96-379 (S.D. Ohio)

*Myers v. Kentucky Finance, Inc.*, No. 97-C-288-1 (Circuit Court of Harrison County, West Virginia)

*Noble v. Associates Financial Services Corporation*, No. 99 C 4887 (N.D. Ill.)

*Patton v. J.B. Robinson Jewelers, Inc.*, No. 97 C 4151 (N.D. Ill.)

*Paul's Pest Control, Inc. v. Ford Motor Credit Company*, No. 2:97-601 (E.D. La.)

*Reed v. Worldwide Financial Services, Inc.*, No. 98 C 4294 (N.D. Ill.)

*Richardson v. Associates Financial Life Insurance Company, Inc.*, No. 315343 (Court of Common Pleas, Cuyahoga County, Ohio)

*Rosen v. Primus Automotive Financial Services, Inc.*, No. CT 98-002733 (District Court for the 4th Judicial District, Hennepin County, Minnesota)

*Rubin v. Associates Financial Life Insurance Company, Inc.*, No. 3:96 CV 393/LAC (N.D. Fla.)

*Sanchez v. GN Mortgage Corporation*, No. 99 C 4286 (N.D. Ill.)

*Sartory v. Ford Motor Credit Company*, No. 96 8609 (S.D. Fla.)

*Smith v. Associates Finance, Inc.*, No. 99 C 6175 (N.D. Ill.)

*Stevens v. Associates Finance, Inc.*, No. 95 C 2278 (N.D. Ill.)

*Stewart v. Associates Consumer Discount Company*, No. 97-CV-4678 (E.D. Pa.)

*Taylor v. Quality Hyundai, Inc.*, 150 F.3d 689 (7th Cir. 1998)

*Troup v. Associates Financial Services Company, Inc.*, No. 3:98 CV 0280 RM (N.D. Ind.)

*Urbanek v. Associates Financial Services Company of Wisconsin, Inc.*, No. 97-CV-210 (Circuit Court of Wood County, Wisconsin)

*Werbowsky v. Ford Motor Credit Company*, No. 95 Civ. 1876 (S.D.N.Y.)

*Wheeler v. TranSouth Financial Corporation*, No. 5:97-CV754.BR(3) (E.D.N.C.)

*Williams v. TranSouth Financial Corporation*, Nos. 96 B 24867, 98 A 00875 (N.D. Ill. Bankr.)

*Winn v. Associates First Capital Corporation*, No. 99 C 1227 (Circuit Court of Madison County, Illinois)

# RICHARD J. DOHERTY

## EMPLOYMENT

**Bock & Hatch, LLC**
Of Counsel 2008-Present

**Horwitz, Horwitz & Associates**
Partner 1999-2007

**O'Connor, Schiff & Myers**
Associate 1998-1999

**Edelman & Combs**
Associate 1995-1998
Law Clerk 1993-1995

## EDUCATION

JD John Marshall Law School December 1994

BA Northern Illinois University - 1986

## ADMISSIONS

Illinois, May 1995

United States District Court for the Northern District of Illinois, 1995

United States Court of Appeals for the Seventh Judicial Circuit, 1996

United States District Court for the Southern District of Illinois, 2003

## PRIOR CLASS ACTION EXPERIENCE REPRESENTING PLAINTIFFS

*Boschert v. Citibank*, 99 C 6603 (N.D. Ill.)

*Drehobl v. Guaranty Bank*, 00 C 4181 (N.D. Ill.)

*Fantauzzo v Razor USA, LLC*, Case No. BC 317078 (Los Angeles Super. Ct.)

*Fischl et al. v. Direct Merchants Bank*, CT 00-007129 (Dist. Ct. Minn.)

*In re: Compact Disc Minimum Advertised Price Antitrust Litigation*, MDL Docket No. 1361

(U.S. Dist. Ct. of Maine)

*In re: Hyundai and Kia Horsepower Litigation*, No. 02CC00287 (Superior Court of the State of California, County of Orange)

*In re: PayPal litigation*, 02-01227 (United States District Court Northern District of California)

*In re: Providian Credit Card Cases*, Judicial Council Coordination Proceeding No. 4085 (Sup. Ct. Cal.)

*Laxton v Maytag*, 04 C 00351 (S.D. Ill.)

*O'Leary, et al. v. America Online, Inc.*, Case No. 03-L-491 (Twentieth Judicial Circuit, St. Clair County, Illinois)

*Schall, et al. v. Priceline.com, Inc.*, Case No. 03 CH 00162 (Circuit Court of Cook County, Illinois)

*Steff v United Online,Inc.*, Case No. BC 265993, (Los Angeles Super. Ct.)

*Tompkins v. Proteva, et al.*, 99 CH 12013 (Circuit Court of Cook County, Illinois)

*Yosowitz, et al. v. Terrestris Development, et al.*, 02 CH 00153 (Cook County, Illinois)

*Zarinebaf v. DeVry Institute of Technology*, Case No. 00 CH 01596 (Circuit Court of Cook County, Illinois)

# TOD A. LEWIS

## PROFESSIONAL EMPLOYMENT

**Bock & Hatch, LLC (f/k/a Diab & Bock, LLC)**

January 2008 to Present

**Esopus Creek Capital**

October 2006 to December 2007

**Freed & Weiss LLC**

April 2000 to September 2006

**Horvath & Lieber, P.C.**

January 1999 to March 2000

**U.S. Dept. of Housing and Urban Development, Office of Inspector General**

September 1990 to December 1998

**U.S. Attorney's Office – Northern District of Illinois**

Intern – Fall 1997

## EDUCATION

**Illinois Institute of Technology – Chicago-Kent College of Law**

Degree: Juris Doctor, May 1998 (Honors)

Honors: G.P.A.: 3.528/4.000; Class Rank – Top 14% (51/360); Dean's List – All Semesters; Academic Scholarships: (1) Kent Merit Scholar (three time recipient); (2) John H. Cox Scholar; (3) Edmund L. Grimes Scholar; (4) Shirley Schmidt Scholar.

**Western Michigan University**, Kalamazoo, Michigan

Degree: Bachelor of Business Administration, June 1990 – Major: Accountancy

Honors: Beta Alpha Psi Fraternity (Scholastic Honorary)

**ADMISSIONS**

Illinois, 1998

United States District Court for the Northern District of Illinois, 1998

# JAMES M. SMITH

## PROFESSIONAL EMPLOYMENT

**Bock & Hatch, LLC**

Associate: April 16, 2008 to Present

**Horwitz, Horwitz & Associates, Ltd.**

Associate: 2005 to April 15, 2008

## EDUCATION

**The John Marshall Law School**

Degree: J.D., 2005

Honors: Executive Member of Moot Court Honors Program

**Lewis University**

Degree: B.A. 2000

Honors/Activities: Harold M. Finley scholarship, president of pre-law club, member of mock trial team, vice president of Phi Kappa Theta, Dean's List,

## ADMISSIONS

Illinois, 2005

United States District Court for the Northern District of Illinois, 2005

United States District Court for the Southern District of Illinois, 2005

United States Court of Appeals for the Seventh Circuit, 2007

## PRIOR CLASS ACTION EXPERIENCE

Numerous class actions representing consumers who have purchased defective products or have been defrauded by unfair business practices.

# MARGARET E. VINCENT

## PROFESSIONAL EMPLOYMENT

**Bock & Hatch, LLC**

Associate: June 28, 2010 to Present

**Nancy C. Murphy & Associates**

Associate: December 2009 – June 2010

## EDUCATION

**University of Michigan**

Degree: J.D., December 2005

Activities: member of Journal of Gender and the Law, co-chair of Organization of Public Interest Students

**University of Michigan**

Degree: B.A. with honors 2002

Honors/Activities: Sweetland Writing Center peer tutor, Dean's List, Class Honors, University Honors, James B. Angell Scholar

## ADMISSIONS

United States District Court for the Northern District of Illinois, 2010

Illinois, 2009

Michigan, 2006 (voluntary inactive)

# LOUIS C. LUDWIG

## PROFESSIONAL EMPLOYMENT

**Bock & Hatch, LLC**

Associate: May 6, 2010 to Present

**Horwitz, Richardson, and Baker LLC**

Project Attorney: 2009

**Superior Court of New Jersey**

Law Clerk to Hon. Arthur Bergman: 2007-2008

## EDUCATION

**Rutgers-Camden School of Law**

Degree: J.D., 2007

Honors: Advanced Moot Court, Dean's List Scholarship Fund Recipient

**Old Dominion University**

Degree: B.A., 2001

Honors/Activities: *Summa Cum Laude*, University Honor Council, Phi Kappa Phi

## ADMISSIONS

New Jersey

Illinois

United States District Court for the Northern District of Illinois