BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
600 B Street, Suite 1550
San Diego, CA 92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
tblood@bholaw.com; lhurst@bholaw.com

BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
ANDREW S. FRIEDMAN
ELAINE A. RYAN
PATRICIA N. SYVERSON
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012
Telephone: (602) 274-1100
Facsimile: (602) 274-1199
afriedman@bffb.com; eryan@bffb.com; psyverson@bffb.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNDEE HARTLESS, on Behalf of Herself and All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>CLOROX COMPANY,<br><br>Defendant. | No. 06-CV-2705-CAB<br><br>CLASS ACTION<br><br>**DECLARATION OF ELAINE A. RYAN IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS AND APPLICATION FOR ATTORNEYS' FEES AND COSTS AND PLAINTIFF SERVICE AWARDS** |

I, ELAINE A RYAN, declare as follows:

1. I am a shareholder with the law firm of Bonnett, Fairbourn, Friedman & Balint, P.C. ("BFFB"). I am one of the attorneys representing Plaintiff Shawndee Hartless ("plaintiff") and Class Members in the above entitled litigation. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and reimbursement in connection with services rendered in the above-entitled action.

2. BFFB is counsel for plaintiff Hartless in the above-captioned litigation as well as the *Hartless v. The Clorox Co.*, No. 37-2009-93810-CU-BT-CTL (San Diego Superior Court) action.

3. Attached as Exhibit A is a firm biography for BFFB.

4. From the inception of this litigation in December 2006, my firm has acted as co-lead counsel for plaintiff and the Class. We have conducted daily oversight of the case, determined the overall litigation strategy and coordinated the litigation efforts of all plaintiffs' counsel.

5. BFFB has aggressively prosecuted this case and vigorously represented the best interests of plaintiff and the Class. To this end, BFFB assumed a primary role in all aspects of the prosecution of this case, including an extensive pre-suit due diligence investigation, the formulation of plaintiff's litigation strategy, conducting legal and factual research relating to drafting the complaint and amended complaint, drafting and editing submissions to the Court, conducting extensive document review and discovery, identifying and retaining experts and participating in expert-related discovery. My firm also took a lead role in all settlement negotiations and the mediation session before Judge Taylor and in negotiating and preparing the settlement documents.

6. The total number of hours spent on this litigation by BFFB is 2,326.1. The total lodestar amount for attorney/professional time based on the firm's rates is $769,950.00. The hourly rates shown below are the usual and customary rates charged for each individual in all of our class action cases. A breakdown of the lodestar is as follows:

| ***NAME*** | | ***HOURS*** | ***RATE*** | ***LODESTAR*** |
|---|---|---|---|---|
| Andrew S. Friedman | Shareholder | 6.7 | $650.00 | $4,355.00 |

| | | | | |
|---|---|---|---|---|
| Elaine A. Ryan | Shareholder | 534.7 | $575.00 | $307,452.50 |
| T. Brent Jordan | Associate | 28.0 | $500.00 | $14,000.00 |
| Patricia N. Syverson | Associate | 660.0 | $400.00 | $264,000.00 |
| Manfred C. Muecke | Associate | 15.0 | $375.00 | $5,625.00 |
| Todd D. Carpenter | Associate | 10.0 | $375.00 | $3,750.00 |
| Michael D. Sandulak | Associate | 29.3 | $350.00 | $10,255.00 |
| Michael C. McKay | Associate | 140.1 | $250.00 | $35,025.00 |
| Rose K. Creech | Paralegal | 24.2 | $175.00 | $4,235.00 |
| Craig L. Lerner | Paralegal | 218.0 | $145.00 | $31,610.00 |
| Teresa L. Romero | Paralegal | 135.9 | $145.00 | $19,705.50 |
| Connie Traslavina-Pena | Paralegal | 129.9 | $145.00 | $18,835.50 |
| Clarence D. Williams | Paralegal | 74.3 | $145.00 | $10,773.50 |
| Amy L. Owen | Paralegal | 17.7 | $145.00 | $2,566.50 |
| Joel A. Shepard | Paralegal | 28.3 | $145.00 | $4,103.50 |
| Rikke M. Liska | Paralegal | 32.5 | $145.00 | $4,712.50 |
| Kendall K. Wilson | Law Clerk | 18.7 | $145.00 | $2,711.50 |
| Juan A. Montes | Paralegal | 31.0 | $130.00 | $4,030.00 |
| Jason C. Jackson | Paralegal | 61.1 | $130.00 | $7,943.00 |
| Lisa E. Fain | Paralegal | 59.3 | $115.00 | $6,819.50 |
| Amy B. Gurka | Paralegal | 20.1 | $115.00 | $2,311.50 |
| Gregory C. Waxman | Paralegal | 51.3 | $100.00 | $5,130.00 |
| ***TOTALS:*** | | ***2,326.1*** | | ***$769,950.00*** |

7. The hourly rates reflected in the foregoing table are consistent with those charged by similarly situated practitioners in the legal community. In particular, BFFB's rates have been accepted for purposes of lodestar determinations and cross-checks made in the following class action cases among many others:

*Negrete v. Fidelity and Guaranty Life Ins. Co.*, No CV-05-6837(C.D. Cal.);

*Klein v. Freedom Wireless*, No. 08-1369 (D. Nev.);

*DeHoyas v. Allstate*, No. SA-01-CA-1010 (W.D. Tex.);

*Wood v. Ionatron, Inc.*, No. 4:06-cv-00354-CKJ (D. Ariz.);

*Slomovics v. Vistacare*, No. 04-CV-1661 (D. Ariz.);

*Conseco MDL 1610*, MDL No. 04-1610 (C.D. Cal.);

*Lebrilla v. Farmers Group Inc.*, No. 00-CC-07185 (Cal. Sup. Ct., Orange County);

*Williams v. Fields National Security Ins. Co.*, No. 1:02cv877 (M.D. Ala.);

*Sudbeck v. Wellman*, No. 28,003-II (Cir. Ct. Cocke County, Tenn.);

*McJimsey v. White Electronics*, No. CIV-04-1499 (D. Ariz.); and

*Amico v. GM*, No. CV2004-092816 (Ariz. Sup. Ct., Maricopa County).

8. My firm incurred a total of $66,156.17 in expenses in connection with the prosecution of this litigation. They are broken down as follows:

| ***EXPENSE CATEGORY*** | ***AMOUNT*** |
|---|---|
| Court/Filing Fees | $374.00 |
| Travel, Lodging, Meals & Transportation | $2,656.02 |
| Expert Fees (Testing and Consulting) | $51,354.08 |
| Photocopies (Internal) | $834.00 |
| Long Distance Telephone, Teleconference & Facsimile | $478.11 |
| Overnight Delivery (Fed Ex) | $632.95 |
| Electronic Research (Westlaw/Lexis, Pacer, Accurint) | $1,723.75 |
| Scanning/Coding/Software (Litfolio) | $1,018.86 |
| Mediation/Arbitration | $1,762.50 |
| Miscellaneous (Toilet Products and Parts) | $5,321.90 |
| ***TOTAL:*** | ***$66,156.17*** |

9. The afore-mentioned expenses pertaining to this case are reflected in the books and records of BFFB. These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses. All of the expenses listed were reasonably incurred in the normal course of business. It is the practice of BFFB to charge our clients for these categories of expenses and not to include them in firm overhead.

10. The scanning/coding software used by BFFB in this case, Litfolio, is a branded media system owned and operated by Denver LLC, an Arizona limited liability company which includes as members attorneys who practice law at Bonnett, Fairbourn, Friedman & Balint, P.C..

11. BFFB's compensation for the services rendered to the class is wholly contingent. Any fees and reimbursement of expenses will be limited to the stipulated amount agreed to by the Defendants, subject to the approval of the Court.

12. BFFB has extensive experience prosecuting consumer class actions. The firm specializes in complex class action litigation, representing consumers, employees and investors in class actions pending in state and federal courts throughout the United States. During its successful history, the firm has successfully litigated over 100 class action cases and recovered millions of dollars for class members.

13. The lodestar summary reflects BFFB's experience in the field, the complexity of the matters involved in this litigation, and the prevailing rate for providing such services.

14. In my opinion, the time expended and expenses incurred in prosecuting this action were reasonable and necessary for the diligent litigation of the matter.

15. Class representative Shawndee Hartless fully participated in the prosecution of this action. She met with counsel, supervised counsel's efforts on behalf of the class, participated in discovery and efforts leading to settlement, and approved the amount and type of settlement proposed for the Class. She never displayed any interests adverse to the class and a service award for her efforts is appropriate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22 day of November, 2010, at Phoenix, Arizona

/s/ Elaine A. Ryan
Elaine A. Ryan

Bonnett Fairbourn
Friedman & Balint, P.C.



## ABOUT THE FIRM

Bonnett, Fairbourn, Friedman & Balint, P.C. is an AV rated firm of 28 lawyers. Our clients include many individuals and local businesses, as well as major national and international companies in a wide range of civil litigation in both federal and state courts.

The firm has developed a recognized practice in the area of complex commercial litigation, including major class actions and is widely regarded as the preeminent firm in Arizona representing plaintiffs in class action proceedings. Over the last twenty years, the firm has successfully handled more than 100 class action lawsuits. We have represented consumers and victims in a wide range of class action proceedings, including actions alleging antitrust claims, securities fraud, civil rights claims and consumer fraud.

Our antitrust practice includes the prosecution of class claims on behalf of direct purchasers of products as well as indirect purchaser claims. These antitrust cases include, among others, class actions against Microsoft, MasterCard, Apple Computer and sellers of products such as polyester and rubber chemicals, waste management services, financial products and other industries. In addition to our class action practice, the firm also has represented plaintiffs in individual litigation asserting antitrust claims, including Culligan International.

Bonnett, Fairbourn, Friedman & Balint has taken a leading role in numerous important actions on behalf of consumers and investors, and we have been responsible for many outstanding results that have yielded dozens of multi-million dollar recoveries for class members in Arizona and throughout the United States.

**Bonnett, Fairbourn, Friedman & Balint, P.C.**
**2901 N. Central Avenue, Suite 1000**
**Phoenix, AZ 85012**
**Phone: (602) 274-1100**
**Toll Free Number: -800-847-9094**
**Fax: (602) 274-1199**

# PRACTICE AREAS

## CLASS ACTION

Bonnett, Fairbourn, Friedman & Balint represents consumers and investors in major class action cases in federal and state courts throughout the United States. Under the direction of Andrew S. Friedman, the firm's class action section represents plaintiff classes in the following areas:

> Securities Fraud: Protects institutional shareholders and individual investors from corporate fraud and mismanagement.
>
> Consumer Protection: Protects consumers from defective products and fraudulent marketing practices.
>
> Antitrust: Protects individuals and businesses from price fixing, unfair business practices and other anticompetitive conduct.
>
> Civil Rights and Employment: Protects employees and consumers against unfair practices and racial, age, gender, and other forms of discrimination.
>
> Insurance and Health Care: Represents victims of fraud and unfair sales practices by life insurance companies and HMOs.
>
> Tobacco: Seeks redress for fraudulent marketing of "Light" cigarettes as a less toxic version of "Full Flavor" varieties.
>
> False Claims and Whistleblowers: Provides for awards to individuals who uncover false claims for payment submitted to the federal government.

## SECURITIES

Bonnett, Fairbourn, Friedman & Balint has extensive experience in plaintiffs' class action securities cases in and out of the State of Arizona. Its attorneys have recovered substantial verdicts and settlements in various high-profile cases representing bondholders who have suffered significant losses due to the criminal activities of individuals in the securities and banking industries, including victimized investors in the Lincoln Savings scandal.

## APPELLATE LITIGATION

Bonnett, Fairbourn, Friedman & Balint has extensive appellate experience at all levels of the state and federal court systems. Attorneys from the firm have appeared before the Arizona Court of Appeals, the Arizona Supreme Court, and numerous U.S. Circuit Courts. Decisions to appeal a matter are not made lightly by the firm; we carefully analyze the likelihood of a positive result for the client against the potential cost of an unfavorable outcome. Although we draw on the clerking and practical experience of many of our attorneys in making this analysis, a fully informed client is always an integral part of this process.



**ANDREW S. FRIEDMAN** heads the firm's class action, securities fraud, and consumer fraud practice groups. Mr. Friedman is admitted to the State Bar of Arizona and is admitted to practice before the U.S. District Court for the District of Arizona, U.S. Court of Appeals for the Ninth Circuit and the U.S. Supreme Court.

Mr. Friedman's practice is devoted primarily to litigation of major class action cases in federal and state courts in Arizona and throughout the United States. He has represented plaintiff classes in major consumer, securities fraud, antitrust, civil rights and insurance sales practices cases and other complex commercial litigation.

**Securities Fraud**

Mr. Friedman and other members of the firm served as Arizona counsel for the plaintiff class of investors in *In re American Continental Corp./Lincoln Savings and Loan Sec. Litig*., MDL 834 (D. Ariz.). Mr. Friedman was one of the team of lawyers who represented the class of investors who purchased debentures and/or stock in American Continental Corp., the parent company of the now-infamous Lincoln Savings & Loan. The suit charged Charles Keating, Jr., other corporate insiders, three major accounting firms, law firms and others with racketeering and violations of the securities laws. Plaintiffs' counsel actively participated in bankruptcy proceedings, multi-district litigation and, ultimately, a jury trial in Tucson, Arizona. Plaintiffs successfully recovered $240 million of the $288 million in losses sustained by the investors. After trial, the jury rendered verdicts exceeding $1 billion against Keating and other defendants.

Mr. Friedman also served, along with other members of the firm, on the court-appointed Executive Committee in the *Prudential Limited Partnerships Multi-District Litigation*, representing investors in limited partnerships sponsored by Prudential Securities. This action, which alleged racketeering and securities fraud claims on behalf of a nationwide class, resulted in a settlement providing more than $125 million in benefits to defrauded investors.

Mr. Friedman has served as plaintiffs' counsel in many other securities fraud class actions, including the following major cases: *Persky v. Pinnacle West Corp., et al.* (securities fraud class action -- $35 million settlement); *Culligan International Company v. United Catalysts, Inc.* (Antitrust Action); *Sitgraves, et al. v. Allied Signal, Inc.*; *Stein v. Residential Resources, et al.* (Securities Fraud Class Action); *Gould v. Pinnacle West Corp., et al*.; *Shields v. Del Webb Corp., et al.* (Securities Fraud Class and Derivative Suit); *Hoexter v. Valley National Bank, et al.* (Securities Fraud Class Action); *Friedman, et al. v. Emerald Mortgage Investment Corporation, et al.* (Securities Fraud Class Action); *Marks, et al. v. Circle K* (Securities Fraud Class Action); *Krause v. Sierra Tucson, et al.* (Securities Fraud Class Action); *Braunstein, et al. v. Tucson Electric, et al.* (Derivative Suit); *Krause v. Sierra Pacific, et al.* (Securities Fraud Class Action); *Blinn v. Bech, et al.* (Securities Fraud Class Action); *Voss v. Cobra Industries, et al.* (Securities Fraud Class Action); *Hollywood Park Securities Litigation* (Securities Fraud Class Action); *In re America West Sec. Fraud Litig.* (Securities Fraud Class Action); *Orthologic Securities Fraud Litig.* (Securities Fraud Litigation); and *In re Vitamins Antitrust Litigation* (Antitrust Class Action).

**Deceptive Marketing of Insurance Products**

Mr. Friedman served as co-lead counsel for the certified nationwide plaintiff classes in *In re Conseco Life Insurance Company Cost of Ins. Litig*., MDL 1610 (C.D. Cal.). The suit charged that Conseco

breached the terms of life insurance policies owned by over 90,000 class members. After nearly two years of litigation against an entrenched adversary, the class recovered over $400 million in damages.

Mr. Friedman and the firm were key members of a team of lawyers which brought landmark cases against major life insurance companies challenging the deceptive manner in which life insurance products were marketed to consumers during the 1980's. The first of these cases, against New York Life Insurance Co., arose from events uncovered in Arizona and resulted in a ground-breaking settlement providing benefits to class members exceeding $250 million. This settlement has been praised by regulators and commentators as an innovative solution to sales practice abuses. Subsequently, Mr. Friedman and co-counsel for plaintiffs prosecuted class actions and secured settlements against a host of other major insurance companies, including settlements with *Prudential Life Insurance Company* (exceeding $2 billion), *Metropolitan Life Insurance Company* (exceeding $1 billion), *Manulife* (exceeding $500 million) and more than 20 other companies. Mr. Friedman was instrumental in the prosecution of these actions, was a member of the settlement negotiating team and briefed and argued class certification issues at the trial level and in the appellate courts.

Mr. Friedman is co-lead counsel in a series of class actions against insurance companies challenging the sale of deferred annuities to senior citizens. These cases allege RICO claims and other theories to obtain redress for allegedly false and misleading representations inducing elderly purchasers to invest their life savings in illiquid and poorly performing annuity products. Defendants in these cases include: *Allianz Life Insurance Company of North America; Midland National Life Insurance Company; Fidelity and Guaranty Life Insurance Company; American Equity Investment Life Insurance Company; Conseco Insurance Company; Jackson National Life Insurance Company;* and *American International Group, Inc.*

**Health Insurance**

Mr. Friedman served as co-lead counsel representing health care providers in *In re Managed Care Litigation*, an MDL proceeding against major managed care companies seeking recovery for allegedly improper claims payment practices. Mr. Friedman represented the American Psychological Association, the American Podiatric Medical Society, the Florida Chiropractic Association and numerous individual providers in cases against Humana, Inc., CIGNA, numerous Blue Cross and Blue Shield companies and other managed care companies. Mr. Friedman and his co-counsel secured settlements against CIGNA ($72 million) and Humana, Inc. ($20 million) in these MDL proceedings.

Mr. Friedman also is representing health care providers in proceedings against several major health care companies arising from the use of the Ingenix database to improperly reduce payments to patients, physicians and other providers. Defendants in these class action proceedings include Aetna, CIGNA and WellPoint, Inc. Mr. Friedman represents the New Jersey Psychological Association, the American Podiatric Medical Association, the California Chiropractic Association and the California Psychological Association, among other plaintiffs, in these actions.

Mr. Friedman also represents plaintiffs in class action proceedings in California against Blue Cross and Blue Shield for engaging in postclaims underwriting. Postclaims underwriting is a practice by which insurance companies fail to conduct underwriting before accepting insurance applications but seek to find grounds to rescind health insurance policies when a claim for payment is submitted by the patient or doctor.

**Civil Rights**

Mr. Friedman and the firm, along with several other law firms, have represented African-American policy holders in class action proceedings against life insurance companies seeking relief under the Federal Civil Rights Act for racial discrimination in the sale and administration of life insurance policies. For many decades, life insurance companies routinely charged higher premiums to non-Caucasians for inferior life insurance policies. The first such action, against *American General Life & Accident Company*, resulted in a $250 million settlement providing benefits that included cash refunds, increased death benefits and reduced future premiums. Mr. Friedman and the firm also represent plaintiffs in similar race discrimination class actions against other life insurance companies, including *Metropolitan Life*, *Liberty National*, *American National*, *Monumental Life*, *Western & Southern Life* and *Jefferson-Pilot Life Insurance Company*.

Mr. Friedman served as lead or co-lead counsel in many other actions seeking to hold financial institutions responsible for racial discrimination against minorities. He currently serves as co-lead counsel on behalf of proposed classes of African-American and Latino borrowers asserting claims against mortgage lenders for racial discrimination in violation of the Equal Credit Opportunity Act and the Fair Housing Act. The bank defendants in these actions, among others, include: *Countrywide Financial Corporation; Wells Fargo Bank, N.A.; GreenPoint Mortgage Funding, Inc.; GE Money Bank; First Franklin Financial Corp.; JP Morgan Chase & Chase Bank, U.S.A., N.A.; H&R Block, Inc.; IndyMac Bank, F.S.B.; HSBC Finance Co.*, and *Option One Mortgage Co.* Mr. Friedman also has represented Plaintiffs in cases challenging the use of credit scoring by insurance companies and lenders in a manner that adversely impacts minority consumers.

**Professional Associations**

Mr. Friedman has lectured at numerous continuing legal education programs, including panel discussions and presentations on the Private Securities Litigation Reform Act (1996 Federal Bar Convention), prosecution of nationwide class actions in state courts (1996 ABA Annual Convention), litigation of life insurance market conduct cases (1997, 1999 and 2000 PLI conferences) and other litigation programs sponsored by the Practicing Law Institute, ALI-ABA, American Bar Association, National Academy of Elder Law Attorneys and Public Justice Foundation (2005, 2006, 2007, 2008).

Mr. Friedman testified before the U.S. Congress in connection with proposed legislation to limit the rights of consumers in class action cases. He also has testified before the Arizona Legislature in connection with legislation on the Arizona Anti-Racketeering Act and the Arizona Securities Fraud Act.

Mr. Friedman received his Bachelor of Arts Degree from the University of Rochester in 1975 (high distinction) and his Law Degree from Duke University School of Law in 1978 (Order of the Coif, high distinction). He serves as a Board member of Public Justice, a public interest organization and is also a member of the American Association of Justice and Consumer Attorneys of California. Mr. Friedman was a finalist for the Public Justice Trial Lawyer of the Year in 2008 and a finalist for the CAOC Consumer Attorney of the Year in 2009.

Mr. Friedman has performed *pro bono* services on behalf of non-profit organizations, including the Jewish Children and Family Services and private litigants.

Mr. Friedman is a founding member of Bonnett, Fairbourn, Friedman & Balint.



**FRANCIS J. BALINT, JR**.'s practice focuses on class action litigation, qui tam actions under the federal False Claims Act, insurance coverage and defense matters, and appellate work. He has represented clients in class litigation involving federal and state securities laws, deceptive insurance sales practices, and other consumer claims. In particular, Mr. Balint served as counsel for the relator in *Todarello v. Beverly Enterprises*, (D. AZ & N.D. Cal) a qui tam action which lead to a recovery by the United States Government of $170 Million. Successful appellate decisions include: *Atchison, Topeka and Santa Fe Ry. Co. v. Brown & Bryant*, Inc., 159 F.3d 358 (9th Cir. [Cal.] Oct. 14, 1998); *Taylor AG Industries v. Pure-Gro*, 54 F.3d 555 (9th Cir. [Ariz.], Apr. 24, 1995); *Ranch 57 v. City of Yuma*, 152 Ariz. 218, 731 P.2d 113 (Ariz. App. Div. 1, Sept. 2, 1986). Mr. Balint is a former President of the Arizona Association of Defense Counsel (1999-2000), a former member of its board of directors and former chairman of its Amicus Committee.

Mr. Balint served as co-counsel for the Lead Plaintiffs and the investor class in the litigation arising out of the collapse of the Baptist Foundation of Arizona, the largest charitable institution fraud case in United States history. The recovery achieved for investors, after four years of highly adversarial litigation, exceeded $250 million.

Mr. Balint served as co-trial counsel for the Lead Plaintiff, the Policemen's Annuity and Benefit Fund of Chicago, and a class of shareholders seeking relief under Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5. *In re Apollo Group, Inc.*, CV-04-2147-PHX-JAT(D. Ariz.) was one of only six such cases to have been taken to trial since the passage of the PSLRA. Lead Plaintiff successfully obtained a verdict of approximately $275 million for Apollo shareholders.

Other class action cases which Mr. Balint has litigated include *Orthologic Securities Fraud Litig*. (Securities Fraud); *In re Skymall* (Securities Fraud); *In Re FINOVA* (Securities Fraud); *Elkins v. Equitable Life* (Consumer Fraud); *In Re Employee Solutions* (Securities Fraud); *Rogers v. American Family* (Insurance Coverage); *Lucero v. Microsoft* (Antitrust).

Mr. Balint received his Bachelor of Arts Degree with high distinction from the University of Virginia in 1979. He received his law degree in 1982 from the University of Virginia. Mr. Balint was admitted to the Bar in the Commonwealth of Virginia in 1982, the District of Columbia in 1982, and the State of Arizona in 1983; he is admitted to practice before the U.S. Supreme Court, the U.S. District Court for the District of Arizona, U.S. District Court for the District of Virginia and the U.S. Court of Appeals for the Fourth and Ninth Circuits.

Mr. Balint was a sole practitioner in Virginia for a short period of time before becoming associated with Evans, Kitchel & Jenkes, P.C., a large Phoenix law firm. In 1984, Mr. Balint became a founding member of Bonnett, Fairbourn, Friedman & Balint, P.C.



**VAN BUNCH** is a firm shareholder. Mr. Bunch's practice focuses on class action and mass tort litigation. He has represented clients in class litigation involving breach of contract, federal and state securities laws, federal and state RICO actions, deceptive insurance sales practices, environmental pollution and other consumer claims.

Recently, Mr. Bunch served as trial counsel in *Smith v. American Family*, a case involving the use of imitation crash parts in repair estimates for consumers in the state of Missouri, which resulted in a unanimous jury verdict of approximately $30 million in March, 2007. The case is now on appeal.

Mr. Bunch also served as trial counsel in *Lebrilla v. Farmers Insurance Group* in Santa Ana Superior Court, which settled following a complete bench trial in 2006 resulting in readjustment of claims for Farmers' insureds nationwide following settlement.

Mr. Bunch served as trial counsel for the investor class in the litigation arising out of the collapse of American Continental Corporation/Lincoln Savings and Loan Securities Litigation, MDL 834. The recovery achieved for investors, after several years of highly adversarial litigation and a months-long trial, exceeded $250 million.

Mr. Bunch served as Co-Lead counsel in the MDL proceedings of *In re Polaris Aircraft Income Fund*, which resulted in a settlement valued at approximately $110 million.

Mr. Bunch also litigated a series of cases involving the sale of so-called "vanishing premium" life insurance policies, including cases against Prudential Insurance and MetLife, which alone returned over $3 billion to defrauded policyholders. Others included cases against New York Life, John Hancock, Equitable of Iowa, American General and more. He litigated *Manners v. American General Life Assurance Company* before Judge Nixon, which involved the sale of so-called "industrial" life insurance policies and alleged race discrimination in premium setting. He served as local counsel for the Class in the indirect purchaser anti-trust action against Brand Name Prescription Drug makers before Judge Kurtz in Davidson County Circuit Court, which returned over $7 million in prescription drug benefits distributed through community health centers throughout Tennessee.

Mr. Bunch received his Bachelor of Arts Degree from Vanderbilt University in 1979. He received his law degree in 1984 from the George C. Taylor School of Law at the University of Tennessee, where he earned membership in the Order of the Coif. Mr. Bunch was admitted to the Bar in Arizona in 1984, Tennessee in 1996 and West Virginia in 2007; he is admitted to practice before the U.S. District Court for the District of Arizona, U.S. District Court for the Middle District of Tennessee and U.S. District Court for the Southern District of West Virginia.

Mr. Bunch was associated with Evans, Kitchel & Jenkes, P.C., a large Phoenix law firm from 1984-1986. In 1986, Mr. Bunch joined Bonnett, Fairbourn, Friedman & Balint, P.C., where he became a shareholder in 1989.



**ELAINE A. RYAN** is a firm shareholder. Her practice has focused on complex litigation, including class action litigation, since the early 1990's.

Ms. Ryan has represented millions of retail consumers, holders of automobile and health insurance policies, credit card customers, and debit card holders. She practices in both state and federal courts throughout the country.

Ms. Ryan was trial counsel in *Smith v. American Family Insurance Company*, a Missouri class action, wherein after a 3 and a half week jury trial, a unanimous jury awarded plaintiffs $17.4 million in damages. Ms. Ryan was also trial counsel in *Lebrilla v. Farmers Insurance Group, Inc.*, a multi-state class action which settled on terms favorable to the class after a month long trial and just before closing arguments. Also, Ms. Ryan was involved in obtaining a settlement in *White v. State Farm Mut. Auto. Ins. Co.* (exceeding $2.25 million) in Arizona state court.

Ms. Ryan has represented millions of purchasers of food, food supplements and over-the-counter drugs arising out of various advertising claims made by manufacturers and retailers. She has also represented owners of motor vehicles in imitation parts, omitted repairs and diminished value cases against a number of major insurers, including State Farm, Geico, Farmers, American Family, SafeCo, Hartford, Nationwide, Esurance and Allstate. She also has represented consumer credit card holders against several major retailers, and debit cardholders against major lending institutions.

Ms. Ryan has extensive experience litigating against life, auto and health insurance carriers on behalf of consumers. Her experience litigating against auto insurance companies includes representing policyholders whose cars were repaired with imitation parts, who were not compensated for necessary repairs and were not paid for their diminished value loss. She has represented policyholders in “vanishing premium” life insurance actions. And, she represents out-of-network providers and associations in lawsuits against health insurers arising out of the use of the “Ingenix” software to calculate reasonable and customary charges.

Ms. Ryan also has been involved in precedent-setting appellate decisions in areas which include consumer and insurance law and class action procedure. These appellate decisions include *State ex rel. American Family Mut. Ins. Co. v. Clark*, 106 S.W.3d 483 (Mo. 2003) (automobile insurance and class action procedure); and *Lebrilla v. Farmers Group, Inc.*, 119 Cal. App. 4th 1070 (2004) (automobile insurance and class actions procedure).

Ms. Ryan is admitted to practice in the states of Arizona, Texas, Kansas and Washington as well as the United States District Court for the District of Arizona. Ms. Ryan received her Juris Doctor from Duke University in 1989 and her Bachelor of Science with honors in Economics and Political Science from the University of Iowa in 1986.



**PATRICIA N. SYVERSON** is a firm associate. Her practice has focused on complex litigation, including class action litigation, since the early 2000's.

Ms. Syverson has represented millions of retail consumers, holders of automobile insurance policies, and credit card and debit card customers. She practices in both state and federal courts throughout the country.

Ms. Syverson was trial counsel in *Smith v. American Family Insurance Company*, a Missouri class action, wherein after a 3 and a half week jury trial, a unanimous jury awarded plaintiffs $17.4 million in damages. Ms. Syverson was also trial counsel in *Lebrilla v. Farmers Insurance Group, Inc*., a multi-state class action which settled on terms favorable to the class after a month long trial and just before closing arguments. Also, Ms. Syverson was involved in obtaining a settlement in *White v. State Farm Mut. Auto. Ins. Co*. (exceeding $2.25 million) in Arizona state court.

Ms. Syverson has represented millions of purchasers of consumer products, food, food supplements and over-the-counter drugs arising out of various advertising claims made by manufacturers and retailers. She has also represented owners of motor vehicles in imitation parts, omitted repairs and diminished value cases against a number of major insurers, including State Farm, Geico, Farmers, American Family, SafeCo, Hartford, Nationwide, Esurance and Allstate. She also has represented consumer credit card holders against several major retailers, and debit cardholders against major lending institutions.

Ms. Syverson has extensive experience litigating against auto insurance carriers on behalf of policyholders whose cars were repaired with imitation parts, who were not compensated for necessary repairs and were not paid for their diminished value loss.

Ms. Syverson has been involved in precedent-setting appellate decisions in areas which include consumer and insurance law and class action procedure. These appellate decisions include *State ex rel. American Family Mut. Ins. Co. v. Clark*, 106 S.W.3d 483 (Mo. 2003) (automobile insurance and class action procedure); and *Lebrilla v. Farmers Group, Inc*., 119 Cal. App. 4th 1070 (2004) (automobile insurance and class actions procedure).

Ms. Syverson also has worked on numerous complex class action litigation matters involving annuity policies marketed and sold to senior citizens, insurer kickbacks known as “contingent commissions” in the insurance brokerage industry and discriminatory mortgage lending policies.

Ms. Syverson received her Bachelor of Arts Degree from the University of California at San Diego in 1996 and received her law degree in 1999 from California Western School of Law. Ms. Syverson was admitted to the Bar of the State of California in 1999 and the State of Arizona in 2000, and is admitted to practice before the United States District Court for the District of Arizona and the United States District Court for the Southern and Central Districts of California.



**TODD CARPENTER's** practice focuses primarily on major insurance fraud, anti-trust and unfair and deceptive business practices litigation primarily in California, but he has also represented plaintiffs in federal and state courts throughout the United States.

Mr. Carpenter is presently prosecuting class actions that seek to halt and remedy the harm caused by insurance companies who have employed unfair, fraudulent, and unlawful practices in connection with the sale of deferred annuities to senior citizens. The United States District Court in the Central District of California recently certified a nationwide class of over 200,000 senior citizens who were allegedly victimized by Allianz Life Insurance Company of North America. Mr. Carpenter has deposed senior level executives at Allianz's marketing organizations and has substantially participated in law & motion practice.

Mr. Carpenter is also acting as counsel in an anti-trust and monopolization consumer class action against Apple, Inc. wherein The United States District Court in the Northern District of California recently denied Apple, Inc.'s motion to dismiss. Mr. Carpenter was primarily responsible for Opposing Apple's Motion to Dismiss and the published decision can be found at *Tucker v. Apple Computer, Inc.*, 493 F. Supp. 2d 1090 (N.D. Cal. 2006).

Mr. Carpenter received his Bachelor of Business Administration Degree from the University of New Mexico in 1999. He received his law degree in 2002 from the University of San Diego, School of Law. Mr. Carpenter was admitted to the Bar of the State of California in 2004, and is admitted to practice before the United States District Court for the Southern and Central Districts of California.

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**

## ATTORNEYS

**JERRY C. BONNETT**, born Canton, Illinois, April 3, 1946; admitted to bar, 1973, Arizona; 1977, United States Supreme Court; U.S. Courts of Appeals for the Seventh, Eighth and Ninth Circuits; U.S. District Court, District of Arizona, and U.S. Tax Court. Education: University of Illinois (B.S., with highest honors, 1969; LL.M., 1974); Arizona State University (J.D., magna cum laude, 1973). Author and Articles Editor, Arizona State Law Journal, 1972-1973. Judge Pro Tem, Arizona Court of Appeals, Division One, 1986 and 1992.

**WILLIAM G. FAIRBOURN**, born Salt Lake City, Utah, April 21, 1947; admitted to bar, 1973, Arizona; U.S. District Court, District of Arizona. Education: University of Utah (B.S., 1970); Arizona State University (J.D. 1973). Member: Maricopa County Bar Association (Member, Board of Directors, 1984-1986); Arizona Association of Defense Counsel (Member, Board of Directors, 1981-1989; President, 1986); National Association of Railroad Trial Counsel; American Board of Trial Advocates (President Phoenix Chapter, 1994), Arizona State Bar Certified Specialist in Personal Injury and Wrongful Death.

**ANDREW S. FRIEDMAN**, born Plainfield, New Jersey, September 26, 1953; admitted to bar, 1978, Arizona; U.S. Court of Appeals, Ninth Circuit; U.S. District Court, District of Arizona; U.S. Supreme Court. Education: University of Rochester (B.A., with high distinction, 1975); Duke University (J.D., with high distinction, 1978). Order of the Coif. Member: State Bar Committee on Civil Practice and Procedure (1980-1984); State Bar Committee on Bench-Bar Relations (1991); State Bar Bankruptcy Section; National Association of Commercial Trial Attorneys (1991-present). American Bar Association, Trial Practice Committee, Subcommittees and Class and Derivative Actions.

**FRANCIS J. BALINT, JR.**, born Pittsburgh, Pennsylvania, January 9, 1957; admitted to bar, 1982, Virginia and District of Columbia; 1983, Arizona; U.S. District Court, Districts of Arizona and Virginia; U.S. Court of Appeals, Fourth and Ninth Circuits; U.S. Supreme Court. Education: University of Virginia (B.A., with high distinction, 1979; J.D., 1982). Former President and Current Director: Arizona Association of Defense Counsel (Member of Board of Directors 1988 through 2001; president 1999-2000).

**VAN BUNCH**, born Chattanooga, Tennessee, April 28, 1957; admitted to bar, 1984, Arizona; 2007, West Virginia; U.S. District Court, District of Arizona. Education: Vanderbilt University (B.A., 1979); University of Tennessee at Knoxville (J.D., with high honors, 1984). Order of the Coif; Member: State Bar of Arizona Bankruptcy Section.

**MICHAEL N. WIDENER**, born Mt. Ranier, Maryland, June 10, 1950; admitted to bar, 1983, Arizona and Tennessee; United States Supreme Court; U.S. Court of Appeals, Ninth Circuit; U.S. District Court, District of Arizona. Education: University of Virginia (B.A., with distinction, 1972); University of Illinois (M.S., 1974); University of Arizona (J.D., 1982). Author and Articles Editor, Arizona Law Review, 1980-1982. Law Clerk to Hon. James Duke Cameron, Supreme Court of Arizona, 1982-1983. (Certified Specialist, Real Estate Law, Arizona Board of Legal Specialization).

**ROBERT J. SPURLOCK**, born Janesville, Wisconsin, November 23, 1954; admitted to Arizona bar, 1984; U.S. District Court, District of Arizona. Education: University of Wisconsin-Madison (B.S.,

with honors, 1976), Arizona State University (J.D., 1984). Law Clerk to the Honorable D.L. Greer, Arizona Court of Appeals, 1984-1985; Member: Phoenix Association of Defense Counsel; State Bar Bankruptcy Section; Defense Research Institute; Arizona Association of Defense Counsel; American Bankruptcy Institute.

**C. KEVIN DYKSTRA**, born Phoenix, Arizona, March 30, 1964; admitted to Arizona bar, 1989; U.S. Court of Appeals, Ninth Circuit; U.S. District Court, District of Arizona. Education: Northern Arizona University (B.S., 1986); California Western School of Law (J.D., 1989). Director: Arizona Association of Defense Counsel.

**ELAINE A. RYAN**, born Emmetsburg, Iowa, June 15, 1963; admitted to Arizona bar, 1989; Texas bar, 2008; U.S. District Court, District of Arizona. Education: University of Iowa (B.S., with distinction, 1986); Duke University (J.D., 1989).

**WENDY J. HARRISON**, born Walnut Creek, California, May 24, 1965; admitted to California bar, 1990, Arizona bar, 1992; U.S. Court of Appeals, Third, Fifth and Ninth Circuits; U.S. District Court, District of Arizona, Central, Northern and Southern District of California. Education: University of California, Berkeley (B.A. with honors, 1987); University of Southern California Law Center (J.D. 1990).

**ANDREW Q. EVERROAD**, born Phoenix, Arizona, August 8, 1969; admitted to Arizona bar, 1995. Education: University of Arizona (B.A., 1992); University of London – Bloomsburg, 1990; Arizona State University (J.D., 1995). Law clerk to the Honorable Thomas C. Kleinschmidt, Arizona Court of Appeals, 1995-1996.

**KATHRYN A. HONECKER**, born Naples, Florida, May 9, 1973; admitted to bar, 1998, Illinois; 2001, Arizona; U.S. District Courts, District of Arizona and Northern District of Illinois. Education: Carthage College (B.A., *cum laude*, 1995); Creighton University (J.D., *cum laude*, 1998).

**KIMBERLY C. PAGE**, born Washington, D.C., February 16, 1968; admitted to bar, 1993, Georgia, Alabama, U.S. District Court, Northern Middle and Southern Districts of Alabama and U.S. Court of Appeals, 11th Circuit; admitted to Arizona bar, 2004. Education: Miami University (B.A. 1990); Cumberland School of Law of Samford University (J.D., *magna cum laude*, 1993).

**JONATHAN S. WALLACK**, born Huntington, New York, June 7, 1975; admitted to Arizona bar, October, 2001. Education: University of Arizona (B.A. 1998); University of Arizona (J.D., *cum laude*, 2001).

**GUY A. HANSON**, born Baltimore, Maryland, November 12, 1952; admitted to Arizona bar, 1991. Education: University of Florida (B.S., 1976; J.D., 1990).

**PATRICIA N. SYVERSON**, born San Diego, California, July 16, 1975; admitted to State Bar of California, 1999; admitted to State Bar of Arizona, 2000; U.S. District Court, Southern District of California, 1999 and District of Arizona, 2001. Education: University of California at San Diego (B.A. 1996); California Western School of Law (J.D. 1999). Member: American Bar Association.

**MANFRED P. MUECKE**, born Inglewood, CA, August 28, 1971; admitted to California bar, 2002. Education: California State University Northridge (B.A., 1996); University of San Diego (J.D., 2002).

**TODD CARPENTER**, born Sioux City, Iowa, May 31, 1975; admitted to California bar, 2004. Education: University of New Mexico (B.B.A. 1999); University of San Diego School of Law (J.D., 2002)

**WILLIAM F. KING,** born Phoenix, Arizona, October 21, 1978; admitted to Arizona bar, October 2005. Education: Rockhurst College (B.A. English, 2001); Creighton University School of Law (J.D., *cum laude*, 2005).

**TONNA K. FARRAR**, born Sedalia, Missouri, April 9, 1972; admitted to Kansas bar, 1998, California bar, 2005, Missouri bar, 1997; Kansas Supreme Court, Missouri Supreme Court, California Supreme Court, U.S. District Court: District of Eastern and Western Missouri; District of Kansas; Southern, Northern, Central and Eastern Districts of California. Education: University of Missouri, Columbia (B.A. 1994); University of Missouri, Kansas City School of Law (J.D. 1997).

**T. BRENT JORDAN**, born Urbana, Illinois, November 21, 1967; admitted to bar 1993, Minnesota; 2003, Pennsylvania. Judicial clerkship: United States Magistrate Judge Raymond L. Erickson, United States District Court, District of Minnesota, 1993-1995. Education: University of Illinois (B.A., B.S., *magna cum laude*, 1990); University of Minnesota Law School (J.D., *cum laude*, 1993).

**ANDREW M. EVANS**, born Hanover, New Hampshire, September 26, 1973; admitted to Arizona bar, 2006. Education: University of Colorado at Boulder (B.S., *cum laude*, 1997); Arizona State University College of Law (J.D., 2006).

**TY D. FRANKEL**, born Phoenix, Arizona, November 13, 1983; admitted to Arizona bar, 2009; U.S. District Court, District of Arizona. Education: Boston College (B.A., Dean's List, 2006); Boston College Law School (J.D., cum laude, 2009).