INGRID M. EVANS (CA Bar No. 179094)
(ievens@waterskraus.com)
WATERS KRAUS & PAUL
711 Van Ness, Suite 220
San Francisco, CA 94102
Phone: (415) 296-6060
Fax: (214) 777-0470

PHILLIP A. BOCK
(phil@bockhatchllc.com)
RICHARD J, DOHERTY
(rich@bockhatchllc.com)
BOCK HATCH, LLC
134 N. LaSalle, Suite 1000
Chicago, IL 60602
Phone: (312) 658-5500
Fax: (312) 658-5555

MARC W. PARKER
(marcp@lakinchapman.com)
PAUL A. MARKS
(paulm@lakinchapman.com)
LAKINCHAPMAN, LLC
300 Evans Avenue, P.O. Box 229
Wood River, IL 62095
Phone: (618) 254-1127
Fax: (618) 254-0193

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNDEE HARTLESS, on Behalf of Herself and All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>vs.<br><br>CLOROX COMPANY,<br><br>Defendant. | No. 06-CV-2705-CAB<br><br>CLASS ACTION<br><br>**DECLARATION OF INGRID M. EVANS IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS AND APPLICATION FOR ATTORNEYS' FEES AND COSTS AND PLAINTIFF SERVICE AWARDS** |

I, Ingrid M. Evans, declare as follows:

1. I am a member of the firm of Waters Kraus & Paul (WK&P). I am, one of the attorneys representing plaintiff PETER C. WACHOWSKI and Class members in the above-entitled action. I am submitting this declaration in support of WK&P's application for an award of attorneys' fees and reimbursement in connection with services rendered in the above-entitled action.

2. Attached as Exhibit A is the firm biography for WK&P.

3. WK&P is currently one of the plaintiff's counsel in this matter.

4. From the inception of this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

5. WK&P assisted in the prosecution of this action as local counsel by conducting legal and factual research relating to the drafting of the complaint, drafting and editing briefs, assisting with case management, Rule 26(f) disclosures and other procedures and filings.

6. The total number of hours spent on this litigation by WK&P is 170.70. The total lodestar amount for attorney/professional time based on the firms' rates is **$64,250.75**. The hourly rates shown below are the usual and customary rates charged for each individual in all of our class action cases. A breakdown of the lodestar provided to me from WKP is as follows:

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| Peter Kraus | .25 | 675.00 | 168.75 |
| Charles Siegel | 1.60 | 675.00 | 1,080.00 |
| Ingrid M. Evans | 52.09 | 550.00 | 28,649.50 |
| Sundeep Patel | 4.25 | 475.00 | 2,018.75 |
| David L. Cheng | 35.57 | 475.00 | 16,895.75 |
| Sr. Paralegals | 1.00 | 250.00 | 250.00 |
| Paralegals | 75.94 | 200.00 | 15,188.00 |
| **TOTAL** | **170.70** | | **64,250.75** |

7. WK&P incurred a total of $447.40 in expenses in connection with the prosecution of this litigation. They are broken down as follows:

| **EXPENSE CATEGORY** | |
|---|---|
| Photocopies/Postage/Fax | 177.80 |
| Messenger, Overnight Delivery | 262.00 |
| Lexis, Westlaw, Online Library Research | 7.60 |
| **TOTAL** | **$447.40** |

8. The expenses pertaining to this case are reflected in the books and records of these firms. These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of November, 2010, at San Francisco, California.

INGRID M. EVANS



Attorneys Of Counsel Ingrid Evans

# Ingrid Evans

### Of Counsel

Ingrid Evans serves as of counsel in Waters & Kraus, LLP's San Francisco office. Ingrid is licensed to practice law in California, the District of Columbia, and New York. She earned her Juris Doctor degree from McGeorge School of Law in Sacramento, California, and a Bachelor of Arts degree from the University of California, Irvine. Ingrid is an experienced litigator in state and federal courts with a special interest in elder financial abuse law, insurance banking consumer fraud class actions and representation of public entities as plaintiffs in complex cases focusing on consumer protection. Ingrid is very active in the legal community and is a frequent presenter on elder financial abuse and other issues. Ingrid is a board member of the American Association for Justice, Consumer Attorneys of California, and Public Justice, and a member of the San Francisco Trial Lawyers' Association.

### Areas of Practice

- Banking Fraud Litigation
- Elder Abuse Litigation , Financial Fraud
- Class Actions including Consumer Fraud Insurance and Banking Litigation
- Insurance Fraud Litigation
- Qui Tam / Government False Claims Act Litigation
- Personal Injury
- Pharmaceutical and Asbestos Toxic Tort
- Public Interest

### Bar Admissions

- California, 1995
- District of Columbia, 2003
- New York, 2004
- U.S. District Court, Northern District of California, 1995

- U.S. District Court, Southern District of California, 1995
- U.S. District Court, Eastern District of California, 1995
- U.S. District Court, Central District of California, 1995
- U.S. District Court, Eastern District of Michigan, 2006
- U.S. District Court, Western District of Michigan, 2006
- U.S. Court of Appeals, 9th Circuit, 1995
- U.S. Supreme Court, 2005

**Board Certifications**

- Board Certified Civil Trial Advocate

**Education**

- McGeorge School of Law, Sacramento, California, J.D., 1995
- University of California, Irvine, California, B.A., 1992

**Professional Associations & Memberships**

- American Association for Justice
    - Board of Governors, 2008-Present
    - Chairperson, Class Action Litigation Group, 2008
    - Member, Law Student Committee, 2007-Present
    - Member, Public Affairs Task Force, Membership Oversight, Law Schools, and Convention Planning Committees, 2006-Present
    - Board of Governors, New Lawyers' Division, 2002-2006
    - Member, Lead Paint Litigation Group, 2000-Present
    - Member, Firearms and Ammunition Litigation Group, 1997-2004
    - Chairperson, Firearms and Ammunition Litigation Group, 1999-2000
    - Chair-Elect, Firearms and Ammunition Litigation Group, 1998-1999, 2004
    - Member, Women's Caucus, 1996-Present
        - Education Committee, 2008
- Consumer Attorneys of California
    - Financial Secretary, Executive Committee, 2009-Present
    - Consumer Attorney of the Year Finalist, 2009
    - Board of Directors, 2008
    - Chairperson, Women's Caucus, 2008
    - Member, Membership Committee, 2008
    - Member, Planning Committee, 2008
    - Member, Education Committee, 2006-Present
    - Member, Legislative Committee, 2006-Present
    - Board of Governors, 2005-Present
- Edward J. McFetridge American Inn of Court, 2005-2006
- Public Justice
    - Board of Directors, 2004-Present
    - Chairperson, Law Schools Committee, 2008

- Member, Cy Pres Committee, 2007-Present
    - Member, Membership Committee, 2006-Present
    - Co-Chair, Auction Committee, 2005
    - Board of Directors, 2004-Present
    - Member, Diversity Committee, 2003-Present
    - Member, Communications and State Network Committee, 2003-Present
    - Northern California State Coordinator, 2003-2005
    - Member, Lead Paint Litigation Group, 2000-Present
- San Francisco Trial Lawyers' Association
    - Member, Diversity Committee, 2007-Present
    - Community Involvement Committee, 1996-Present
    - Member, Women's Caucus, 2000-Present

**Honors & Awards**

- AV® Preeminent™ 4.9 out of 5, Martindale-Hubbell Featured Peer Review Rated Lawyer
- Selected for Inclusion on *Northern California Super Lawyers Rising Stars* list, published by Thomson Reuters, Legal, 2009
- Finalist, Consumer Attorney of the Year, Consumer Attorneys of California, 2008-2009

**Publications & Speeches**

- Avoiding Ethical Pitfalls in a Class Action Settlement: Best Practices in Fee, American Associatin for Justice, July 2010
- Networking for Law Students and new Lawyers: Hitting the Ground Running in Trying Economic Times, *TRIAL* magazine, July 2010
- Are Secret Settlements Unethical? American Association for Justice Teleseminar, March 2010
- Overdraft Overkill: The New Bank Scam and How Plaintiffs Are Fighting Back, American Association for Justice, January 2010
- 4th Annual Class Action hurdles from the Plaintiff's Perspective, San Francisco, January 2010
- Plaintiffs' Right to Discover the Identity of Potential Class Members Before Class Certification, American Association for Justice's *Class Action Litigation Group News Letter*, Winter 2009
- Bringing Suit on Behalf of a False Claims Act Whistleblower, San Francisco, November 2009
- New Developments in Class Actions, American Association for Justice, San Francisco, July 2009
- Protecting Seniors from Financial Abuse, *Trial* magazine, July 2009
- Deferred Annuities - What You Should Look Out For, 5th Annual *Call To Action*, San Francisco, California, March 26, 2009
- Advocacy Track: Demonstrative Opening Statement - Breach of Good Faith and Fair Dealing/Breach of Contract, American Associatin for Justice Annual Convention, Philadelphia, 2008
- Litigating MUNI cases: Perspectives from Both Sides of the Fence, San Francisco, 2008.

- Not Just Defense Anymore: Representing the Interests of Public Entities in Affirmative Litigation, The Sidebar, 2008
- PFAC 13th Annual Education Conference, Professional Fiduciary Association of California, San Francisco Airport, 2008
- Living Trust Mills and Annuity Sales to Seniors, Legal Assistance for Seniors 4th Annual Elder Abuse Conference, Oakland, 2008
- Predatory Mortgage Refinancing, Abusive Reverse Mortgage Practices, Legal Assistance for Seniors 4th Annual Elder Abuse Conference, Oakland, 2008
- Elder Financial Abuse - Annuity and Long Term Care Insurance Fraud, Orange County, 2008
- 2nd Annual Class Action Hurdles from the Plaintiff's Perspective, San Francisco, 2008
- Elder & Dependent Adult Abuse and Legal Remedies, San Mateo Chapter Professional Fiduciary Association of California, 2008
- Advocacy Track: Discovery in Complex Cases, American Association for Justice Winter Convention, Puerto Rico, 2008
- Elder Financial Abuse Trust Mill and Annuity Litigation, various 2004-2008
- Living Trust Mills and Annuity Sales to Seniors, Legal Assistance for Seniors 3rd Annual Elder Abuse Conference, Oakland, 2007
- Class Action Hurdles from the Plaintiffs' Perspective, San Francisco, 2007
- Class Action Update, Consumer Attorneys of California Annual Seminar, San Diego, 2006
- Elder Financial Abuse, USF Law School, San Francisco, 2006
- Resumes that Get Results: Getting Hired by a Plaintiff's Firm, Association of Trial Lawyers of America Annual Convention, Seattle, 2006
- Living Trust Mills and Annuity Sales to Seniors, Legal Assistance for Seniors 2nd Annual Elder Abuse Conference, Oakland, 2006
- Deferred Annuity Marketing and Sales Practices: Seniors Beware!, ALI-ABA Insurance Industry and Financial Services Litigation, Washington, D.C., 2006
- Getting Your (Power) Point Made During Closing Argument, Consumer Attorneys of California Tahoe Seminar, 2006
- Protecting Consumers: A Career as a Trial Lawyer, USF Law School, San Francisco, 2005
- Broker Malfeasance in Public Entity Risk Management, Association of Trial Lawyers of America Annual Convention, Toronto, 2005
- Lead Paint Litigation - Status of Nationwide Litigation, Western Regional Conference on Eliminating Childhood Lead Poisoning, Berkeley, 2004
- Litigating Against the Firearm Industry, American Jurisprudence *Trials*, West Publications, July 2002
- Cities Take Aim: City Firearm Litigation and Nuisance Law, Association of Trial Lawyers of America Annual Convention, Montreal, 2001
- City Lawsuits Against the Gun Industry Will Pressure Firearm Manufacturers to Design Safer Weapons and Sell Guns, FindLaw, 2001
- Lead Paint Litigation Seminar, Association of Trial Lawyers of America Annual Convention, Montreal, 2001
- Firearm Litigation: The Impact of Lawsuits Against the Firearm Industry, Association of Trial Lawyers of America Annual Convention, Chicago, 2000

- Cities Take Aim: City Firearm Litigation, Association of Trial Lawyers of America Winter Convention, Puerto Rico, 2000
- Safety Technology for Firearms: Using Litigation as a Means to Persuade Firearm Manufacturers to Incorporate Feasible and Existing Safety Technology into the Design of Firearms, Association of Trial Lawyers of America Annual Convention, Washington D.C., 1998

# WATERS, KRAUS & PAUL

Waters, Kraus & Paul is an AV®-Rated national plaintiffs' firm that litigates cases in jurisdictions across the United States. CV, BV and AV are registered certification marks of Reed Elsevier Properties Inc., used in accordance with the Martindale-Hubbell certification procedures, standards and policies. We have represented individuals from all 50 states and several foreign countries and governments as well. Today, with over 44 attorneys and 92 staff in offices in Dallas, Baltimore, Los Angeles, and San Francisco, Waters, Kraus & Paul is one of the most highly respected law firms in the country, with a high referral rate from plaintiffs' attorneys nationwide. Each of Waters, Kraus & Paul's partners is an accomplished trial lawyer with extensive courtroom, appellate and/or project management experience. Most have won record-setting verdicts, and many have litigated precedent-setting cases in areas such as toxic tort, product liability, and asbestos-mesothelioma litigation. In total, we have settled in excess of three quarters of a billion dollars for our clients.

The firm has a record of taking more asbestos-related cases to trial and verdict than any other plaintiff's firm in the country, and accordingly prepares each of its cases as if it will go to trial. Waters, Kraus & Paul's trial record proves its commitments to its clients: the largest award to date against Garlock and Kelly-Moore—$36.6 million—for a mesothelioma victim; three verdicts against Alcoa, including one award in excess of $25 million; the first-ever judgment against Kellogg Brown & Root; verdict after verdict against giants of industry, including Ford Motor Company, USG, Georgia-Pacific, General Motors, and Bayer AG. Since the beginning of this decade, Waters, Kraus & Paul has tried fifty-six cases to verdict, and roughly three times that number has been settled during trial.

## Waters, Kraus & Paul's Class Action Practice

The firm has a special interest and experience in litigating class action and consumer fraud lawsuits, as well as personal injury, mass torts and *qui tam* actions. Our interest lies in protecting the public from violations of federal consumer fraud protection statutes. The firm is also involved in class actions against several public utilities companies for charging ratepayers for meter box maintenance that the companies were not performing.

Today, the firm has a diverse class action practice, and includes litigation involving elder financial abuse, consumer fraud, and mass tort litigation. Below are some of the industry areas and practices for which Waters, Kraus & Paul has instituted class actions or mass tort litigation:

### *Elder Financial Abuse*

Waters, Kraus & Paul's attorneys are at the forefront of litigation involving the most vulnerable segment of our society, bringing nationwide and state class actions against major life insurance companies, challenging the deceptive manner in which they market certain investments and other financial products to the elderly. In one of these cases, against American International Group, Inc. and its subsidiaries, which arose from events uncovered in California, Ingrid M. Evans was successful in obtaining a settlement providing benefits to nearly 750 class members of $4.8 million. Ms. Evans, who served as co-lead class counsel in that case, was instrumental in the prosecution of that action, was a member of the settlement negotiating team, and briefed class certification issues at the trial level.

Current elder abuse cases include:

- **Senior Deferred Annuity Marketing and Sales Litigation**. Waters, Kraus & Paul attorneys are currently part of group of law firms bringing nationwide and California class actions against prominent insurance companies for their deceptive practices of marketing and selling deferred annuity products to senior consumers. The plaintiffs in these cases allege that the insurance companies failed to disclose certain material information about their products' true workings and performance. Currently, Ingrid M. Evans, a Waters, Kraus & Paul attorney, serves as interim co-lead class counsel in *Kennedy v. Jackson National Life Insurance Company*, Case No. 07-CV-00371, pending in the U.S. District Court for the Northern District of California.

### *Consumer Fraud*

Waters, Kraus & Paul has a special interest in protecting consumers from violations of federal and state consumer fraud protection statutes, including the:

- Truth in Lending Act
- Home Ownership & Equity Protection Act
- Fair Housing Act
- Real Estate Settlement Procedures Act
- Fair Debt Collection Practices Act
- Fair Credit Reporting Act
- Equal Credit Opportunity Act
- Electronic Funds Transfer Act

- Credit Repair Organization Act
- Racketeer Influenced and Corrupt Organizations Act (RICO)

Waters, Kraus & Paul's attorneys currently represent plaintiffs nationwide in a number of important class actions involving consumer products, pursuing claims on behalf of individuals wronged by abusive mortgage brokering practices, and violations in connection with the imposition of early termination fees.

***Qui Tam / Whistleblower Litigation***

Waters, Kraus & Paul's attorneys represent private citizens who file suits on the government's behalf when the government has been defrauded through any federally funded contract or program. Waters, Kraus & Paul provides aggressive representation of whistleblowers in qui tam actions, as well as in instances of fraud against corporations and other organizational entities.

In 2006, Waters, Kraus & Paul attorneys initiated a qui tam action on behalf of a whistleblower against Bristol-Myers Squibb that resulted in a relator's recovery of over $5 million dollars for her client. Waters, Kraus & Paul has several other cases currently under government investigation involving Medicaid fraud arising from the illegal marketing practices of pharmaceutical companies. Waters, Kraus & Paul has also brought qui tam suits on behalf of whistleblowers to recover government funds in cases involving school contractor fraud and hospice care fraud.

***Mass Tort Litigation***

**Phenylpropanolamine (PPA) Litigation**

Waters, Kraus & Paul was at the leading edge of mass tort litigation seeking redress for the harmful effects of Phenylpropanolamine (PPA), a chemical found in many dietary aids and cold and sinus medicines that has been linked to an increased risk or hemorrhagic stroke. Waters, Kraus & Paul obtained the first-ever jury verdict for the family of a man whose stroke was caused by PPA.

**Toxic Tort / Asbestos**

Waters, Kraus & Paul's toxic tort/asbestos practice represents clients facing devastating illness and great hardship, bringing cases against numerous manufacturers and suppliers of toxic chemicals or substances such as asbestos.

Since the inception of the firm, Waters, Kraus & Paul has been dedicated to helping families harmed by exposure to toxic substances. Today, Waters, Kraus & Paul is highly regarded around the country as the preeminent law firm litigating asbestos-related cases, and receives a high rate of referrals from plaintiffs' firms around the country. The firm has a record of taking more asbestos-related cases to trial and verdict than any other plaintiff's firm in the country.

**INGRID M. EVANS** – Ms. Evans serves as of counsel in the firm's West Coast practice – Waters, Kraus & Paul in the San Francisco office. Ms. Evans is licensed to practice law in California, the District of Columbia and New York, and is admitted to practice before the U.S. District Court for the Northern District of California, the U.S. District Court for the Central District of California, the U.S. District Court for the Southern District of California, the U.S. District Court for the Eastern District of California, the U.S. District Court for the Eastern District of Michigan, the U.S. District Court for the Western District of Michigan, the U.S. Court of Appeals for the Ninth Circuit, and the U.S. Supreme Court. Prior to joining the firm, Ms. Evans was a leading member of the City Attorney's Affirmative Litigation Group and served as Senior Litigation Counsel at the law firm of Renne Sloan Holtzman Sakai LLP in the firm's Affirmative Litigation practice group.

Ms. Evans' current practice has been devoted primarily to litigation of major class action cases in federal and state courts in California and in courts throughout the United States. Her cases include multiple state and national putative class action suits against insurance companies, banks, and "living trust mill" companies for the sale of inappropriate financial products to seniors, as well as consumer fraud class action cases nationwide.

Ms. Evans was a key member of a team of lawyers that brought cases against major life insurance companies challenging the deceptive manner in which deferred annuity products were marketed and sold to senior consumers. One of these cases, against American International Group, Inc. and its subsidiaries, arose from events uncovered in California and resulted in a settlement providing benefits to nearly 750 class members of $4.8 million. Ms. Evans, who served as co-lead class counsel in that case, was instrumental in the prosecution of that action, was a member of the settlement negotiating team, and briefed class certification issues at the trial level.

Ms. Evans is currently serving as interim co-lead counsel in the action, *Kennedy v. Jackson National Life Insurance Company*, Case No. C-07-0371, currently pending in the Northern District of California, which involves the deceptive marketing and sale of deferred annuity products to seniors.

Ms. Evans is very active in the legal community and is a frequent presenter on elder financial abuse issues at legal conferences. Ms. Evans received her Bachelor of Arts Degree from the University of California, Irvine in 1992 and her Law Degree from McGeorge School of Law in 1995. She is a board member of the American Association for Justice, Consumer Attorneys of California, and Public Justice, and a member of the San Francisco Trial Lawyers' Association. She currently is serving as co-chair of the American Association for Justice's Class Action Litigation Group.