Case 3:06-cv-02705-CAB   Document 100   Filed 12/08/10   Page 1 of 5

NUNC PRO TUNC
DEC - 6 2010

FILED
DEC - 8 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNDEE HARTLESS, on Behalf of Herself, All Others Similarly Situated, and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>CLOROX COMPANY,<br><br>Defendant. | Civil No. 06cv2705-CAB<br><br>**OBJECTION TO CLASS SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES AND EXPENSES** |

I, Omar Rivero, Objector, appears herein pro se and files an Objection to Class Settlement and Application for Attorneys' Fees and Expenses. My address is 13641 Camino de Oro Court Corpus Christi, Texas 78418, and my telephone number is (361) 815-0162. Objector purchased Clorox Automatic Toilet Bowl Cleaner with Bleach (CATBC) between December 13, 2002 and September 15, 2010. I have sworn under penalty of perjury that I purchased CATBC between December 13, 2002 and September 15, 2010. Exh. A hereto.

This settlement is objectionable for the following reasons. The proponents of this settlement have not discharged their burden of proof that the settlement is fair, adequate and reasonable. Specifically, there should not be a cy pres distribution until all class members are completely made whole.

Objection is also made for the reason that the notice is defective because it requires proof of a purchase or damage by CATBC to object, while the class definition appears to be broader – encompassing those who purchased, used or were damaged by CATBC. The settlement is defective and should not be approved to the extent it will release claims by those persons who used the product, but did not purchase or were damaged by the product.

Attorneys' fees should not be approved based upon a lodestar analysis, and objectors have had an inadequate amount of time to process and respond to the attorneys' fee application.

Page 1

Dated: December 3, 2010

By: _____
Omar Rivero, Pro Se

## CERTIFICATE/PROOF OF SERVICE

**VIA FEDERAL EXPRESS**
**PRIORITY OVERNIGHT DELIVERY**
Clerk of the Court
United States District Court
Southern District of California
880 Front Street, Ste. 4290
San Diego, CA 92101-8900

**VIA FEDERAL EXPRESS**
Leslie Hurst
Blood, Hurst & O'Reardon, LLP
600 B Street, Ste. 1550
San Diego, CA 92101

**VIA FEDERAL EXPRESS**
Sabrina Strong
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, CA 90071-2899

_____
Omar Rivero, Pro Se

# EXHIBIT A

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAWNDEE HARTLESS, on Behalf of Her-Self, All Others Similarly Situated, and the General Public, | ) ) ) ) ) | Civil No. 06cv2705-CAB |
| Plaintiff, | ) ) ) | **AFFIDAVIT OF OMAR RIVERO** |
| v. | ) ) | |
| CLOROX COMPANY, | ) ) ) | |
| Defendant. | ) | |

STATE OF TEXAS      §
                                  §
COUNTY OF NUECES   §

      BEFORE ME, the undersigned notary, on this day, personally appeared OMAR RIVERO, a person whose identity is known to me. After I administered an oath to him, upon his oath, he said:

      "My name is Omar Rivero. I am over the age of eighteen (18) years. I have never been convicted of a felony. I am qualified and competent to make this affidavit. The facts stated herein are true and correct and are within my personal knowledge. I am licensed to practice law in the State of Texas and I am a member in good standing of the Texas Bar."

      "My address is 13641 Camino de Oro Court, Corpus Christi, Texas 78418, and my telephone number is (361) 815-0162. I purchased Clorox automatic toilet bowl cleaner with bleach (CATBC) between December 13, 2002 and September 15, 2010."

      Further Affiant sayeth not.

DATED this the 3rd day of December, 2010.

_____
OMAR RIVERO, Affiant

SWORN TO AND SUBSCRIBED before me on this the 3rd day of December 2010.

[Notary Seal: PATTIE S NASE, Notary Public, STATE OF TEXAS, My Comm. Exp. 02-07-2014]

_____
Notary Public in and for
The State of Texas