Darrell Palmer (SBN 125147)
Janine R. Menhennet (SBN 163501)
Law Offices of Darrell Palmer
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655
Email:  darrell.palmer@palmerlegalteam.com

Attorney for Objector Sonia Newman

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA NEWMAN | Case No. 3:06-cv-02705-CAB |
| Objector/Appellant | |
| Shawndee Hartless, et al. | **NOTICE OF APPEAL** |
| Plaintiff/Appellee | |
| v. | |
| Clorox Company, | |
| Defendant/Appellee | Trial Judge: Cathy Ann Bencivengo<br>Civil Complaint Filed: 12/13/2006 |

Notice is hereby given that Sonia Newman, Objector, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting: (1) Class Certification; (2) Final Approval of Class Action Settlement; and (3) Motion for Attorneys' Fees and Costs and Class Representative Service Payment [109] and Judgment in a Civil Case [110] entered in this action on January 20, 2011.  Copies of the Orders are attached hereto.  Notice is hereby given that transcripts are required.

Dated:   January 21, 2011                    By: _____/s/ Darrell Palmer_____
                                        Darrell Palmer
                            Attorney for Objector/Appellant Sonia Newman

1

RULE 3-2 REPRESENTATION STATEMENT

Plaintiff in this action, Shawndee Hartless, is represented by the following counsel:

**John J. Stoia , Jr**
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619)231-1058 / Fax: (619)231-7423
Email: JohnS@csgrr.com

**Leslie E. Hurst**
**Timothy Gordon Blood**
Blood Hurst & O'Reardon LLP
600 B Street, Suite 1550
San Diego, CA 92101
(619)338-1100 / Fax: (619)338-1101
Email: lhurst@bholaw.com
Email: tblood@bholaw.com

**Patricia N Syverson**
Bonnett Fairbourn Friedman and Balint
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012
(602)274-1100 / Fax: (602)798-5825
Email: psyverson@bffb.com

Defendant in this action, Clorox Company, is represented by the following counsel:

**Adam G Levine**
**Sabrina H. Strong**
O'Melveny and Myers
400 South Hope Street
Los Angeles, CA 90071-2899
(213)430-6000 / Fax: (213)430-6407
Email: alevine@omm.com
Email: sstrong@omm.com

Objectors in this action, Omar Rivero and Sam P. Canata, are representing themselves Pro Se:

**Sam P. Cannata**
14944 Hillbrook Drive
Cleveland, OH 44022
Phone: (216) 214-0796

**Omar Rivero**
13641 Camino de Oro Court
Corpus Christi, TX 78418
Phone: (361) 815-0162

2

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 21, 2011, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Southern District of California by using the USDC CM/ECF system.

Service on participants in the case who are registered CM/ECF users will be accomplished by the USDC CM/ECF system, to wit:

**<u>Counsel for Plaintiff:</u>**
**John J. Stoia , Jr**
Email: JohnS@csgrr.com

**Leslie E. Hurst**
**Timothy Gordon Blood**
Email: lhurst@bholaw.com
Email: tblood@bholaw.com

**Patricia N Syverson**
Email: psyverson@bffb.com

**<u>Counsel for Defendant:</u>**
**Adam G Levine**
**Sabrina H. Strong**
Email: alevine@omm.com
Email: sstrong@omm.com

I further certify that I have mailed the foregoing document by First-Class Mail, postage prepaid, to the following participants at the mailing addresses listed.

**<u>Objector Omar Rivero</u>**
13641 Camino de Oro Court
Corpus Christi, TX 78418

**<u>Objector Sam P. Cannata</u>**
14944 Hillbrook Drive
Cleveland, OH 44022

By ____/s/ Darrell Palmer_____
Darrell Palmer

3