# EXHIBIT B

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Sawndee Hartless, on Behalf of Herself and All
Others Similarly Situated and the General Public

V.

Clorox Company

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   06cv2705-CAB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court hereby certifies class for settlement, approves the settlement and appoints Shawndee Hartless as class representative. Plaintiff Hartless is entitled to an incentive award of $4,000. Plaintiff Wachowski is entitled to an incentive award of $2,000. Class Counsel is entitled to reasonable attorneys' fees and expenses which the Court finds to be $2,250,000. The Court hereby dismisses with prejudice the Action, and the Released Parties are hereby released from all further liability for the Released Claims.

| January 20, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/L Odierno
(By) Deputy Clerk
ENTERED ON January 20, 2011

06cv2705-CAB