NAME AND ADDRESS OF ATTORNEY

Christopher A. Bandas
Bandas Law Firm, P.C.
500 N. Shoreline, Ste. 1020
Corpus Christi, Texas 78401

PHONE: (361) 698-5200



FILED

JAN 24 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  AKR  DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE Cathy Ann Bencivengo

COURT REPORTER transcript recording

Omar Rivero, Objector

CIVIL NO. 3:06-cv-02705-CAB

(Appellant/Appellee)    Plaintiff

vs

Sawndee Hartless et. al.
and
Clorox Company

NOTICE OF APPEAL    (Civil)

(Appellant/Appellee)    Defendant

Notice is hereby given that Omar Rivero, Objector

**x**    Plaintiff _____ Defendant above named, hereby appeals to the United States Court

of Appeals for the:   (check appropriate box)

**x**    Ninth Circuit                Federal Circuit

from the:    (check appropriate box)

Final Judgment

**x**   Order (describe) Document # 109 + # 110. Order Granting Class Certif., Final Approval of Settlement + Att. Fees.

entered in this proceeding on the ___20___ day of January , 20 11.

Transcripts required   **x**   Yes       No
Date civil complaint filed:   12/13/06

Date: 1/21/11

Signature

::ODMA\PCDOCS\WORDPERFECT\17861\1 May 5, 1999 (10:03am)

1·24·11

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was this date served upon all counsel of record this the 21st day of January 2011 by placing a copy of the same in the United States Mail, postage prepaid, return receipt requested and sent to their last known address as follows:

**VIA CM-RRR**
Leslie Hurst
Blood, Hurst & O'Reardon, LLP
600 B Street, Ste. 1550
San Diego, CA 92101

**VIA CM-RRR**
Sabrina Strong
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, CA 90071-2899

_____
Christopher A. Bandas