BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
600 B Street, Suite 1550
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
ELAINE A. RYAN
PATRICIA N. SYVERSON (203111)
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012-3311
Telephone: 602/274-1100
602/798-5860 (fax)
afriedman@bffb.com
eryan@bffb.com
psyverson@bffb.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWNDEE HARTLESS, On Behalf of Herself and All Others Similarly Situated and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>CLOROX COMPANY,<br><br>Defendant. | Case No.: 3:06-CV-02705-CAB<br><br>CLASS ACTION<br><br>PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR RULE 7 APPEAL BOND<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Date: May 6, 2011<br>Time: 1:30 p.m.<br><br>Courtroom: E, First Floor<br>Judge: Cathy Ann Bencivengo<br><br>Date Filed: December 13, 2006<br>Trial Date: N/A |

PLEASE TAKE NOTICE THAT ON May 6, 2011, at 1:30 p.m., or as soon thereafter as counsel may be heard before the Honorable Kathy Ann Bencivengo, in Courtroom E of the above entitled court, located at 940 Front Street, San Diego, CA 92101, plaintiff, class representative and appellee Shandee Hartless does hereby move pursuant to Federal Rule of Appellate Procedure 7 for an order requiring objectors/appellants Sonia Newman, Omar Rivero and Sam Cannata to jointly and severally post an appeal bond in the amount of $7,500 to cover appellee's costs on appeal.

This motion is made on the grounds that a bond is necessary to ensure payment of costs on appeal. This motion is based on this Notice of Motion, the concurrently filed memorandum in support thereof, the concurrently filed Declaration of Leslie Hurst, and the papers and pleadings on file in this action.

Respectfully submitted,

Dated: March 21, 2011

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD
LESLIE E. HURST

By:     s/LESLIE E. HURST
             LESLIE E. HURST

600 B Street, Suite 1550
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101
tblood@bholaw.com
lhurst@bholaw.com

BONNETT, FAIRBOURN, FRIEDMAN
  & BALINT, P.C.
ANDREW S. FRIEDMAN
ELAINE A. RYAN
PATRICIA N. SYVERSON (203111)
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012-3311
Telephone: 602/274-1100
602/798-5860 (fax)
afriedman@bffb.com
eryan@bffb.com
psyverson@bffb.com

ROBBINS GELLER RUDMAN & DOWD LLP
JOHN J. STOIA, JR.
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 21, 2011.

s/LESLIE E. HURST
LESLIE E. HURST

BLOOD HURST & O'REARDON, LLP
600 B Street, Suite 1550
San Diego, CA 92101
Telephone: 619/338-1100
619/338-1101 (fax)
lhurst@bholaw.com