FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 19 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHAWNDEE HARTLESS, on Behalf of Herself and All Others Similarly Situated and the General Public, | Nos. 11-55136<br>        11-55150<br>        11-55189 |
| Plaintiff - Appellee, | D.C. No. 3:06-cv-02705-CAB<br>Southern District of California,<br>San Diego |
| v. | |
| CLOROX COMPANY, | ORDER |
| Defendant.<br>_____, | |
| SONIA NEWMAN, et al. | |
| Objectors-Appellants. | |

Before:  Peter L. Shaw, Appellate Commissioner

        The court is in receipt of Appellant Cannata's second request for an

extension of time to file the opening brief.  The first extension was granted

pursuant to Ninth Circuit Rule 31-2.2(a), which provides for a one-time telephonic

extension of no more than 14 days.  This court expends substantial resources in

monitoring such telephone requests as an accommodation to the bar, with the

expectation that the court will not be further burdened by additional written

requests.  The rule itself specifies that extraordinary circumstances must occur to

justify a second extension of time.  Here, counsel has not advanced extraordinary

cb /Pro Mo/5.16.11

circumstances in support of the current extension request.  Nonetheless, in the interests of justice, Appellant Cannata's second request for an extension of time to file the opening brief is granted.  The brief is due July 11, 2011.

The opposed motions of Appellants Newman and Rivero for extensions of time to file the opening briefs are also granted.  The opening briefs are due July 11, 2011.  The answering brief is due August 10, 2011.  The optional reply briefs are due within 14 days after service of the answering brief.

Appellants are reminded of the court's preference for joint briefs.  9th Cir. R. 28-4.

cb /Pro Mo/5.16.11