FILED

AUG 05 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHAWNDEE HARTLESS, on Behalf of Herself and All Others Similarly Situated and the General Public,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>CLOROX COMPANY,<br><br>        Defendant - Appellee.,<br>_____,<br><br>SONIA NEWMAN,<br><br>        Objector-Appellant. | Nos. 11-55136, 11-55150, 11-55189<br><br>D.C. No. 3:06-cv-02705-CAB<br>Southern District of California, San Diego<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

On July 25, 2022, appellants Newman and Rivero moved for an extension to file the opening brief until July 25, 2011. That motion is granted. Court records reflect, however, that appellants Newman and Olivera have not filed the opening brief.

08.01/cag/Appellate Commissioner

Nos. 11-55136, 11-55150, 11-55189

Court records also reflect that the opening brief for appellant Cannata was due July 11, 2011. Court records do not reflect that appellant Cannata has filed the opening brief.

On or before August 19, 2011, the above-named appellants shall file the opening briefs. Failure to file the opening briefs may result in these appeals being dismissed pursuant to Ninth Circuit Rule 42-1.

If the appellants comply with this order, the answering brief is due September 19, 2011, and the optional reply brief is due within 14 days after service of the answering brief.