**FILED**

UNITED STATES COURT OF APPEALS

JAN 12 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHAWNDEE HARTLESS, on Behalf of Herself and All Others Similarly Situated and the General Public,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>CLOROX COMPANY,<br><br>    Defendant - Appellee.<br>_____<br><br>SONIA NEWMAN, OMAR RIVERO, and SAM P. CANNATA,<br><br>    Objectors - Appellants. | Nos. 11-55136, 11-55150, 11-55189<br><br>D.C. No. 3:06-cv-02705-CAB<br>Southern District of California, San Diego<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellee Shawndee Hartless's motion to dismiss these consolidated appeals for lack of jurisdiction or, alternatively, for summary affirmance is denied.

Briefing is completed.

jp/MOATT