UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JUN 18 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHAWNDEE HARTLESS, on Behalf of Herself and All Others Similarly Situated and the General Public, | No. 11-55136 |
| Plaintiff - Appellee, | D.C. No. 3:06-cv-02705-CAB |
| v. | U.S. District Court for Southern California, San Diego |
| CLOROX COMPANY, | **MANDATE** |
| Defendant - Appellee. | |
| _____ | |
| SONIA NEWMAN, | |
| Objector-Appellant | |

| | |
|---|---|
| SHAWNDEE HARTLESS, on Behalf of Herself and All Others Similarly Situated and the General Public, | No. 11-55150 |
| Plaintiff - Appellee, | D.C. No. 3:06-cv-02705-CAB |
| v. | U.S. District Court for Southern California, San Diego |
| CLOROX COMPANY, | |
| Defendant - Appellee. | |
| _____ | |
| OMAR RIVERO | |

Objector - Appellant

| | |
|---|---|
| SHAWNDEE HARTLESS, on Behalf of Herself and All Others Similarly Situated and the General Public, | No. 11-55189 |
| Plaintiff - Appellee, | D.C. No. 3:06-cv-02705-CAB U.S. District Court for Southern California, San Diego |
| v. | |
| CLOROX COMPANY, | |
| Defendant - Appellee. | |
| _____ | |
| SAM P. CANNATA, | |
| Objector - Appellant | |

The judgment of this Court, entered May 24, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                            FOR THE COURT:
                                            Molly C. Dwyer
                                            Clerk of Court

                                            Theresa Benitez
                                            Deputy Clerk

FILED

**NOT FOR PUBLICATION**

MAY 24 2012

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHAWNDEE HARTLESS, on Behalf of Herself and All Others Similarly Situated and the General Public, | No. 11-55136 |
| | D.C. No. 3:06-cv-02705-CAB |
| Plaintiff - Appellee, | |
| | MEMORANDUM[*] |
| v. | |
| CLOROX COMPANY, | |
| Defendant - Appellee. | |
| _____ | |
| SONIA NEWMAN, | |
| Objector-Appellant. | |

| | |
|---|---|
| SHAWNDEE HARTLESS, on Behalf of Herself and All Others Similarly Situated and the General Public, | No. 11-55150 |
| | D.C. No. 3:06-cv-02705-CAB |
| Plaintiff - Appellee, | |
| v. | |
| CLOROX COMPANY, | |
| Defendant - Appellee. | |

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

_____

OMAR RIVERO,

        Objector - Appellant.

---

SHAWNDEE HARTLESS, on Behalf of Herself and All Others Similarly Situated and the General Public,

        Plaintiff - Appellee,

 v.

CLOROX COMPANY,

        Defendant - Appellee.

_____

SAM P. CANNATA,

        Objector - Appellant.

No. 11-55189

D.C. No. 3:06-cv-02705-CAB

Appeal from the United States District Court
for the Southern District of California
Cathy Ann Bencivengo, Magistrate Judge, Presiding

Argued and Submitted May 10, 2012
Pasadena, California

Before: PREGERSON, GRABER, and BERZON, Circuit Judges.

2

Objectors Sonia Newman, Omar Rivero, and Sam P. Cannata appeal the district court's class certification in this class action brought by lead Plaintiff Shawndee Hartless against Defendant Clorox Company.  The district court did not abuse its discretion in certifying the settlement class.  See Parra v. Bashas', Inc., 536 F.3d 975, 977–78 (9th Cir. 2008) (stating the standard of review).  On this record, the court was not required to divide the nationwide class into sub-classes, as the Objectors wish.

**AFFIRMED.**